**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ILLINOIS, COMMONWEALTH OF KENTUCKY, and STATE OF NORTH CAROLINA,<br><br>Plaintiffs<br><br>v.<br><br>FORTUNE HI-TECH MARKETING, INC., a Kentucky corporation, et al.,<br><br>Defendants. | Civil No. 13cv578<br><br><br>Judge John W. Darrah<br>Magistrate Arlander Keys |

**DECLARATION OF BRICK KANE IN SUPPORT OF TEMPORARY RECEIVER'S FIRST MOTION FOR APPROVAL AND PAYMENT OF TEMPORARY RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FOR THE PERIOD FROM THE INCEPTION OF THE RECEIVERSHIP THROUGH FEBRUARY 28, 2013**

I, Brick Kane, declare:

1.      I am the President and Chief Operating Officer of Robb Evans & Associates LLC and I make this declaration on behalf of the Temporary Receiver Robb Evans and Robb Evans & Associates LLC ("Temporary Receiver") appointed pursuant to the Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief and Order to Show Cause Why A Preliminary Injunction Should Not Issue ("Temporary Restraining Order"). If called upon to testify as to the facts set forth in this declaration, I could and would testify competently thereto as the facts are personally known to me to be true.

2.      The Federal Trade Commission, the State of Illinois, the Commonwealth of Kentucky and the State of North Carolina brought this action against defendants Fortune Hi-Tech Marketing, Inc., FHTM, Inc., Alan Clark Holdings, LLC, FHTM Canada, Inc., Fortune Network Marketing (UK) Limited, Paul C. Orberson and Thomas A. Mills.  On January 24,

2013, the Court issued the Temporary Restraining Order appointing the Temporary Receiver as Temporary Receiver over Fortune Hi-Tech Marketing, Inc., FHTM, Inc., Alan Clark Holdings, LLC, FHTM Canada, Inc., Fortune Network Marketing (UK) Limited "and their successors and assigns, as well as any subsidiaries, and any fictitious business entities or business names created or used by these entities" ("Receivership Defendants"). By stipulation of the parties, on February 7, 2013, the Court extended and made certain modifications of the Temporary Restraining Order and postponed the hearing on the Order to Show Cause Why A Preliminary Injunction Should Not Issue to March 13, 2013. At a hearing conducted on February 26, 2013, the parties agreed to a further extension of the Temporary Restraining Order and postponement of the preliminary injunction hearing to May 1, 2013.

3.      I have been primarily responsible for the supervision and administration of the receivership estate and for the Temporary Receiver's review and investigation of assets and analysis of financial and business records relevant to the receivership and the Temporary Receiver's exercise of its powers and duties under the Temporary Restraining Order. I personally participated in the preparation for entry into the Receivership Defendants' offices in Lexington, Kentucky and a warehouse in Danville, Kentucky. In addition, I personally participated in the preparation and supervision of the Temporary Receiver's IT personnel securing, disabling and preserving the content of the materials contained in the Receivership Defendants' 20 different web sites. I also personally participated in securing the business records and physical assets of the Receivership Defendants, meeting with and interviewing the Receivership Defendants' personnel and principals, and conducting an extensive review and detailed analysis of the Receivership Defendants' financial records and other business records and files. I was personally involved in the preparation and review of the the Report of

Temporary Receiver's Activities for the period from January 24, 2013 through February 19, 2013 ("Temporary Receiver's Report"). I personally participated in the review and evaluation of many of the documents and records upon which the information contained in the Temporary Receiver's Report is based.

4.      This declaration is submitted in support of the Temporary Receiver's first fee motion. The Temporary Receiver seeks approval and authorization for payment of the Temporary Receiver's fees and expenses and those of its professionals described in the Temporary Receiver's financial report entitled Receivership Administrative Expenses and Fund Balance from Inception (January 24, 2013) to February 28, 2013 ("Financial Summary"), attached hereto as Exhibit 1. The fees and expenses of the Temporary Receiver's members and staff are detailed in the redacted billing summaries attached hereto as Exhibit 2. During the initial expense period, the Temporary Receiver has incurred fees for the services of the Temporary Receiver of $91,720.80, Senior Staff fees of $144,332.05, and Support Staff fees of $2,380.80. The Temporary Receiver has incurred Temporary Receiver's expenses of $59,701.34, including expenses to Hays Financial Consulting, LLC for services in connection with the initial entry and the initial securing and review of the records of the Receivership Defendants and for travel expenses. The redacted invoices from Hays Financial Consulting, LLC are attached hereto as Exhibit 3.

5.      The Temporary Receiver also seeks approval and authorization for payment of the fees and expenses incurred during the initial expense period for the Temporary Receiver's attorneys, which are also summarized in the Financial Summary. These include attorneys' fees of $24,235.65 and costs of $146.71 for the services of McKenna Long & Aldridge LLP ("McKenna Firm"), the Temporary Receiver's lead counsel, attorneys' fees of $10,453.00 and

costs of $157.02 for the services of the Temporary Receiver's local counsel in Kentucky, Wyatt Tarrant & Combs, LLP ("Wyatt Firm"), and attorneys' fees of $3,985.00 for the services of the Temporary Receiver's local counsel in Chicago, Illinois Barnes & Thornburg LLP ("Barnes Firm"). These fees and expenses are supported by detailed billing records of each of these firms which are attached as Exhibits 1, 2 and 3, respectively, to the accompanying Declaration of Gary Owen Caris filed in support of the Motion.

6.      The Receivership Defendants include multiple entities operating a common enterprise whose business operations include an office location in Lexington, Kentucky and a warehouse in Danville, Kentucky. The Temporary Receiver's representatives prepared for a coordinated entry into these facilities in order to secure the physical assets and data at these locations. In addition to these two physical locations, the Receivership Defendants operated 20 different web sites which the Temporary Receiver's IT personnel also had to take steps to secure and disable and to preserve the content of the materials. As set forth below, the Temporary Receiver's initial activities included securing the business records and physical assets, meeting with and interviewing the Receivership Defendants' personnel and principals, and conducting an extensive review and detailed analysis of the Receivership Defendants' financial records and other business records and files to create an assessment of the business operations and the ability of the Receivership Defendants to operate lawfully and profitably. The Temporary Receiver suspended business operations of the Receivership Defendants and has concluded that the Receivership Defendants' business could not be operated lawfully and profitably, as reflected in the Temporary Receiver's Report filed February 20, 2013.

7.      The Temporary Receiver entered took possession and control of the Receivership Defendants' business on January 28, 2013. The Temporary Receiver met with the Receivership

Defendants' primary shareholders, defendants Paul C. Orberson ("Orberson") and Thomas A. Mills ("Mills"). As set forth in detail in the Temporary Receiver's Report and summarized below, Fortune Hi-Tech Marketing, Inc., FHTM, Inc., FHTM Canada, Inc., and Fortune Network Marketing (UK) Limited (individually and collectively "FHTM"), and Alan Clark Holdings, LLC ("Alan Clark") operated as a common enterprise and ran a large multi-level marketing business which the Temporary Receiver has concluded was a pyramid scheme.

8.     The Receivership Defendants' enterprise is founded on the creation of a network of tens of thousands of "independent representatives" who pay a fee to FHTM to enroll as a member of its sales force and who earn commissions selling products offered by FHTM and from other third party companies. The products consist primarily of health and beauty products and services. The independent representatives also earn commissions by referring new enrollees to the companies, thus further expanding the network of independent representatives and providing additional revenues to FHTM through enrollment fees - common hallmarks of a pyramid scheme.

9.     After the Temporary Receiver entered and secured the premises and records at the two Kentucky locations, the Temporary Receiver advised the principals of the Receivership Defendants that business operations would be suspended as the Temporary Receiver analyzed the business and financial operations of the enterprise. The Temporary Receiver has also taken control of a warehouse facility of FHTM in Canada and determined that the United Kingdom affiliate, Fortune Network Marketing (UK) Limited, had ceased operations prior to the commencement of the receivership.

10.     The Temporary Receiver worked with the principals of the Receivership Defendants to develop a broadcast e-mail message which was sent to approximately 45,000

independent representatives of the receivership entities to advise them of the suspension of operations during the interim period prior to the court hearing on February 26, 2013. In addition, the Temporary Receiver participated in a pre-scheduled conference call with over 400 of the Receivership Defendants' senior sales representatives that had been scheduled by the companies for the morning that the Temporary Receiver entered the premises, and the Temporary Receiver advised those on the call of the civil enforcement action and the Court's issuance of the Temporary Restraining Order.

11.     After taking possession and control of the Receivership Defendants, the Temporary Receiver's IT personnel disabled the 20 web sites operated by the companies. In disabling the 20 web sites operated by the Receivership Defendants, the Temporary Receiver diverted on-line web site traffic to the Temporary Receiver's web site for the case which includes a notice to interested parties advising of the filing of the civil enforcement action and which includes a copy of the Temporary Restraining Order. A copy of the Temporary Receiver's Report has also been posted to the Temporary Receiver's web site for the case.

12.     The Temporary Receiver also took steps to immediately begin notifying banks and other financial institutions determined to potentially be in possession of receivership funds to freeze deposits and prevent new charges from being made for new enrollment fees and product sales. The Temporary Receiver initially froze approximately $873,000 in funds at various financial institutions. The Temporary Receiver has also been advised that approximately $840,000 is being held in various merchant processing accounts. Those funds could be subject to future chargebacks. As of February 28, 2013, the Temporary Receiver has obtained and collected over $631,000 from the various bank accounts of the Receivership Defendants and

other sources described in the Temporary Receiver's Financial Summary attached hereto as Exhibit 1.

13.     The Temporary Receiver's Report describes the meetings and interviews conducted with the Receivership Defendants' principals Orberson and Mills.  In addition to meeting with the principals of the Receivership Defendants, the Temporary Receiver met with key personnel involved in the business and financial structure and reporting for the companies, including the Vice President of Operations for Canada and the Chief Analytics Officer, the Comptroller, and the Information Technology Director.

14.     The Temporary Receiver's members and staff analyzed financial statements and balance sheets for the Receivership Defendants and obtain information regarding the status of inventory, accounts receivable and other assets.  The Temporary Receiver investigated preliminarily the value of the Receivership Defendants' inventory, which is a significant component of the assets listed on the balance sheets, and the fixed assets.  The Temporary Received also investigated the liabilities listed on the balance sheets and found that approximately $1.5 million of the approximate $3.2 million in liabilities on the FHTM balance sheet are for commissions and bonuses payable to the independent representatives.

15.     The Temporary Receiver analyzed the companies' accounting records and banking records to analyze the Receivership Defendants' sources of revenues, their expenses and the payments made to the shareholders and independent representatives.  The Temporary Receiver also reviewed extensive business records detailing the composition of the independent representatives, the number of independent representatives who re-enrolled after their initial enrollment, and the commissions paid to the independent representatives.  These business and accounting records were provided to the Temporary Receiver by the Receivership Defendants.

LA:18029043.2

16.     The Temporary Receiver specifically reviewed the sources comprising the annual revenues of the Receivership Defendants for the four full years of 2009 through 2012, including the portion of revenues retained by Alan Clark from commissions receivable.  The Temporary Receiver further examined the independent representatives fees received and the renewal fees received by the Receivership Defendants during the same four-year period and prepared a breakdown of the total annual revenue from those sources.  The Temporary Receiver examined in detail records concerning the independent representatives, the number of such representatives during the years 2009 through 2012 in the United States and Canada and the number of independent representatives who renewed their enrollment each year from 2009 through 2011. The Temporary Receiver also performed a detailed analysis of the commission and payment structure and amounts paid to the independent representatives during those years and the components of the commissions paid, including the portion of the commissions paid to independent representatives on account of a Customer Acquisition Bonus ("CAB") and the portion paid on account of Customer Generated Usage ("CGU").  The CAB commission is paid for new independent representatives enrolled with the companies and the CGU commission is paid based on sales of products and services.

17.     Based on the Temporary Receiver's review of the extensive financial and business records of the Receivership Defendants, the Temporary Receiver prepared its Temporary Receiver's Report.  The Temporary Receiver's Report addresses the Temporary Receiver's preliminary financial analysis, the results of its examination of the financial and business operations of the Receivership Defendants and the Temporary Receiver's conclusions and support for its finding that the Receivership Defendants operated a pyramid scheme.

18.     As detailed in the Temporary Receiver's Report filed on February 20, 2013, from 2009 through 2012, the Receivership Defendants generated total gross revenues of over $252 million.  FHTM had enrolled hundreds of thousands of independent representatives the vast majority of whom, more than 88%, never recovered enough from their sales and marketing activities to recoup the amounts paid to the Receivership Defendants for enrollment fees. Approximately 98% of independent representatives earned commissions totaling less than $1,000.  Only a small percentage of the independent representatives renewed their membership after the first year, with approximately 94 to 97 percent failing to renew after their first year each year from 2009 through 2011.  The independent representative fees and renewal fees represented between 15.21% and 41.63% of the total revenue of the Receivership Defendants during the four years of 2009 through 2012, and the commissions paid show that the CAB commissions for enrollment of new independent representatives constituted between 62.16% and 90.39% of commissions paid to the independent representatives.  The Temporary Receiver's Report also includes tables analyzing the number of active independent representatives between 2009 and 2012 and the small percentage who earned commissions in excess of $10 and total net commissions over $1,000, and detailed spreadsheets showing the stratification of the net commissions paid each year from 2009 through 2012.  See Temporary Receiver's Report, pp. 8-10, Tabs 3, 4, 5(A) and 5(B).

19.     The Temporary Receiver reviewed the amounts paid to the principals Orberson and Mills as salary and distributions, as well as payments to other shareholders, who appear to be relatives of Orberson and Mills.  The Temporary Receiver prepared a spreadsheet summarizing this analysis and detailing payments made from the inception of the Receivership Defendants' business in 2001 through 2013 by FHTM and Alan Clark.  The analysis is summarized in the

Temporary Receiver's Report at pages 10 and 11 and in Tab 6. From the inception of these companies through January 2013, the Receivership Defendants paid dividends and salary to shareholders of over $48.8 million. Almost all annual retained earnings of the companies during the period from 2009 to 2012 were paid out to shareholders.

20.     The Temporary Receiver's examination of the Receivership Defendants' business records also included an analysis of consumer complaints received by and about the companies. The Temporary Receiver's members and staff interviewed the companies' Director of Compliance whose job duties included responding to consumer complaints made to the Attorney General and Better Business Bureau. The Receivership Defendants' maintained files of complaints in its compliance department, and the Temporary Receiver reviewed 269 of the compliance files pertaining to independent representative complaints and compliance with company policies. The Temporary Receiver also reviewed 595 consumer complaints sent to the Receivership Defendants from January 2011 through January 2013 and analyzed the nature of the complaints made. Those complaints are also described and summarized in the Temporary Receiver's Report.

21.     The Temporary Receiver has addressed other administrative issues since the receivership commenced. The Temporary Receiver engaged a local law firm in Lexington, Kentucky, the Wyatt Firm, to provide assistance and control over access to the Receivership Defendants' business facilities in Kentucky and to monitor any review or copying of records by the parties. The Temporary Receiver has responded to requests for information and documents by the defendants. The Temporary Receiver also engaged Hays Financial Consulting, LLC to assist in the initial seizure and suspension of the business and possession, control and initial

review and organization of the Receivership Defendants' records at the commencement of the receivership.

22.     The Temporary Receiver has addressed the administration of the 401K plan sponsored by the Receivership Defendants and the steps to be taken to potentially wind down and distribute the assets of the plan given the suspension of business.  The Temporary Receiver has addressed personnel and payroll issues in light of the Temporary Receiver's conclusion that the businesses could not be operated profitably and lawfully.  The Temporary Receiver has address issues concerning inventory, and approved certain shipments of products that had been paid for prior to the commencement of the case.  With the assistance of counsel as discussed below, the Temporary Receiver has also addressed insurance matters that have been raised by the defendants who are seeking access to insurance policies to fund defense costs and issues of attorney-client privilege with respect to documents and records of the Receivership Defendants. At the time the receivership commenced, the Receivership Defendants were parties to pending litigation, including a case on appeal, and the Temporary Receiver worked with its counsel to address and take steps to abate those cases in light of the Temporary Restraining Order.

23.     The Temporary Receiver's expenses during the initial expense period include travel expenses of approximately $31,000.  The expenses were incurred in connection with the initial entry and taking control of the Receivership Defendants and include expenses for eight members and staff of the Temporary Receiver to travel round trip from Los Angeles, California to Kentucky, one staff of the Temporary Receiver to travel round trip from Monterey, California to Kentucky, and two members and staff to travel round trip from Las Vegas, Nevada to Kentucky.  One of the Temporary Receiver's senior staff stayed in Kentucky for twelve days in order to secure and image the Receivership Defendants' computers and electronic data and to

secure, disable and re-route 20 web sites that the Receivership Defendants operated. The other members and staff of the Temporary Receiver stayed only five days or less after the initial entry and control of documents and assets had been accomplished.

24.     The Temporary Receiver and its professionals have performed numerous tasks under time-sensitive circumstances to take control of multiple Receivership Defendants, assets in disparate locations, 20 separate web sites and extensive electronic and other business and financial records. Given the large network of tens of thousands of independent representatives, the Temporary Receiver had to act quickly to establish communications and create access to information regarding the receivership for those representatives and the public. The Temporary Receiver had to act quickly to serve notices on banks and merchant processors to freeze and secure potential cash assets of the receivership estate and to cause receivership funds to be turned over to the Temporary Receiver's possession.

25.     The Temporary Receiver and its staff had to analyze more than four years of financial and business records of the Receivership Defendants to evaluate whether the Receivership Defendants could operate lawfully and profitably under the Temporary Restraining Order. That analysis in turn required an examination and break down of the sources of the more that $250 million in revenues of these entities received since 2009 as well as a detailed analysis of the independent representative network, the renewals after initial enrollment by tens of thousands of independent representatives and the commissions paid to those tens of thousands of independent representatives over a four-year period. The Temporary Receiver with the assistance of counsel prepared a detailed Temporary Receiver's Report with supporting data addressing the Temporary Receiver's findings and analysis of the business operations of the

Receivership Defendants and the basis for the Temporary Receiver's conclusion the Receivership Defendants could not operate lawfully and profitably.

26.     The Temporary Receiver and its professionals faced numerous administrative issues in the early stages of the receivership, including developing procedures for access to records by the parties, addressing inventory and insurance issues and the 401K retirement plan sponsored by the Receivership Defendants.

27.     As a member of Robb Evans & Associates LLC, I am familiar with the methods and procedures used by the Temporary Receiver and its staff and employees to record the time spent rendering services to receivership estates over which Robb Evans and Robb Evans & Associates LLC have been appointed.  The records attached hereto as Exhibit 2 are regularly prepared by the members, staff and employees of the Temporary Receiver at or about the time of the services rendered and each of whom has a business duty to accurately record the information regarding their services set forth in these records.  The records are reviewed by the Temporary Receiver's accounting staff and summarized in the Temporary Receiver's Financial Summary, Exhibit 1 attached hereto.  As explained in the accompanying Declaration of Gary Owen Caris, the Temporary Receiver's time records and its professionals have been redacted where appropriate to preserve descriptions containing confidential, tactical, strategic, attorney-client privileged and/or attorney work-product information.  Based upon my experience with Robb Evans & Associates LLC, I believe the Temporary Receiver's methods and procedures for

recording and accounting for time and services for the receivership estates over which Robb Evans and Robb Evans & Associates LLC have been appointed are reliable and accurate.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this ⎣__ day of April 2013 at Sun Valley, California.

_____
BRICK KANE

LA 18029043.2

Exhibit 1

**Hawes, Lesley Anne**

| | |
|---|---|
| **From:** | Anita [anita_jen@robbevans.com] |
| **Sent:** | Thursday, March 21, 2013 2:19 PM |
| **To:** | Hawes, Lesley Anne |
| **Cc:** | brick_kane@robbevans.com; Caris, Gary |
| **Subject:** | RE: Fortune Hi-Tech Invoices |
| **Attachments:** | Fortune Adm Report 2013-2-28.pdf |

Lesley,

See attached revised report.

AJ

**ROBB EVANS &**

**ROBB EVANS & ASSOCIATES, LLC**

**Temporary Receiver of**

**Fortune Hi-Tech Marketing, Inc., et al.**

**Receivership Administrative Expenses and Fund Balance**

From Inception (January 24, 2013) to February 28, 2013

|  | Jan 13 | Feb 13 | TOTAL |
|---|---|---|---|
| **Funds Collected** | | | |
| **Corporate Bank Accounts** | | | |
| **Branch Banking & Trust Co.** | 0.00 | 106,461.36 | 106,461.36 |
| **Chase Paymentech** | 144,865.07 | 0.00 | 144,865.07 |
| **Fifth Third Bank** | 0.00 | 8,037.24 | 8,037.24 |
| **Fifth Third Bank International** | 0.00 | 77,614.88 | 77,614.88 |
| **JP Morgan Chase** | 270,000.00 | 0.00 | 270,000.00 |
| **Total Corporate Bank Accounts** | 414,865.07 | 192,113.48 | 606,978.55 |
| | | | |
| **Interest Income** | 0.00 | 25.00 | 25.00 |
| **Miscellaneous** | | | |
| **Seminar Deposit Refund** | 0.00 | 21,863.86 | 21,863.86 |
| **Commissions** | 0.00 | 2,023.15 | 2,023.15 |
| **Other** | 0.00 | 23.31 | 23.31 |
| **Petty Cash Seized** | 0.00 | 666.69 | 666.69 |
| **Utility Refund** | 0.00 | 103.28 | 103.28 |
| **Total Miscellaneous** | 0.00 | 24,680.29 | 24,680.29 |
| | | | |
| **Total Funds Collected** | 414,865.07 | 216,818.77 | 631,683.84 |
| | | | |
| **Expense** | | | |
| **Business Operations** | | | |
| **401K Plan Fees** | 0.00 | 455.44 | 455.44 |
| **Consulting Services** | 0.00 | 1,500.00 | 1,500.00 |
| **Electricity** | 0.00 | 2,500.25 | 2,500.25 |
| **Garbage & Waste Services** | 0.00 | 137.57 | 137.57 |
| **Health Insurance Premiums** | 0.00 | 21,183.85 | 21,183.85 |
| **Liability Insurance Premiums** | 0.00 | 12,869.00 | 12,869.00 |
| **Workers Compensation Insurance** | 0.00 | 2,743.45 | 2,743.45 |
| **Payroll Expenses** | 26,254.55 | 141,627.88 | 167,882.43 |
| **Rent/Lease Payments** | 0.00 | 23,888.00 | 23,888.00 |
| **Total Business Operations** | 26,254.55 | 206,905.44 | 233,159.99 |
| | | | |
| **Receiver Fees & Expenses** | | | |
| **Receiver Fees** | | | |
| **Receiver** | | | |
| **R. Evans** | 306.00 | 0.00 | 306.00 |
| **B. Kane** | 14,954.40 | 8,803.80 | 23,758.20 |
| **K. Johnson** | 14,894.10 | 3,949.65 | 18,843.75 |
| **V. Miller** | 19,416.60 | 5,969.70 | 25,386.30 |
| **A. Jen** | 14,622.75 | 8,803.80 | 23,426.55 |
| **Total Receiver** | 64,193.85 | 27,526.95 | 91,720.80 |
| | | | |
| **Senior Staff** | | | |
| **C. Callahan** | 7,830.00 | 2,610.00 | 10,440.00 |
| **B. Owings** | 8,257.50 | 0.00 | 8,257.50 |
| **L. Lee** | 7,386.75 | 4,552.65 | 11,939.40 |

**ROBB EVANS &**
**ROBB EVANS & ASSOCIATES, LLC**
Temporary Receiver of
Fortune Hi-Tech Marketing, Inc., et al.
**Receivership Administrative Expenses and Fund Balance**
From Inception (January 24, 2013) to February 28, 2013

|  | Jan 13 | Feb 13 | TOTAL |
|---|---|---|---|
| **F. Jen** | 18,451.80 | 18,150.30 | 36,602.10 |
| **T. Chung** | 17,064.90 | 25,959.15 | 43,024.05 |
| **C. DeCius** | 5,292.00 | 5,553.00 | 10,845.00 |
| **J. Dadbin** | 1,710.50 | 44.00 | 1,754.50 |
| **E. Roop** | 9,369.00 | 11,704.50 | 21,073.50 |
| **N. Wolf** | 336.00 | 60.00 | 396.00 |
| **Total Senior Staff** | 75,698.45 | 68,633.60 | 144,332.05 |
|  |  |  |  |
| **Support Staff** | 989.60 | 1,391.20 | 2,380.80 |
| **Total Receiver Fees** | 140,881.90 | 97,551.75 | 238,433.65 |
|  |  |  |  |
| **Receiver Expenses** |  |  |  |
| **Hays Financial Consulting, LLC** | 24,803.87 | 0.00 | 24,803.87 |
| **Bank Fees** | 0.00 | 0.00 | 0.00 |
| **Database Consulting Services** | 0.00 | 307.10 | 307.10 |
| **External Hard Drives** | 0.00 | 259.42 | 259.42 |
| **Locksmith Services** | 216.85 | 445.83 | 662.68 |
| **Postage & Delivery** | 87.56 | 869.68 | 957.24 |
| **Travel & Lodging** | 21,456.13 | 10,132.16 | 31,588.29 |
| **Website Support & Information** | 217.36 | 842.84 | 1,060.20 |
| **Miscellaneous** | 62.54 | 0.00 | 62.54 |
| **Total Receiver Expenses** | 46,844.31 | 12,857.03 | 59,701.34 |
|  |  |  |  |
| **Legal Fees & Costs** |  |  |  |
| **Mckenna Long & Aldridge LLP** |  |  |  |
| **Legal Fees** | 0.00 | 24,235.65 | 24,235.65 |
| **Legal Costs** | 0.00 | 146.71 | 146.71 |
| **Total Mckenna Long & Aldridge LLP** | 0.00 | 24,382.36 | 24,382.36 |
|  |  |  |  |
| **Wyatt Tarrant & Combs LLP** |  |  |  |
| **Legal Fees** | 1,626.00 | 8,827.00 | 10,453.00 |
| **Legal Costs** | 0.00 | 157.02 | 157.02 |
| **Total Wyatt Tarrant & Combs LLP** | 1,626.00 | 8,984.02 | 10,610.02 |
|  |  |  |  |
| **Barnes & Thornburg LLP** |  |  |  |
| **Legal Fees** | 0.00 | 3,985.00 | 3,985.00 |
| **Total Barnes & Thornburg LLP** | 0.00 | 3,985.00 | 3,985.00 |
|  |  |  |  |
| **Total Legal Fees & Costs** | 1,626.00 | 37,351.38 | 38,977.38 |
|  |  |  |  |
| **Total Receiver Fees & Expenses** | 189,352.21 | 147,760.16 | 337,112.37 |
|  |  |  |  |
| **Total Expense** | 215,606.76 | 354,665.60 | 570,272.36 |
|  |  |  |  |
| **Fund Balance** | 199,258.31 | (137,846.83) | 61,411.48 |

Exhibit 2

Robb Evans & Associates LLC

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2013 | FHTM 1 |

| Bill To |
|---------|
| Robb Evans, Receiver of FHTM |

| P.O. No. |
|----------|
|          |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 1/1/13 to 1/31/13 by: | | | |
| R. Evans | 0.8 | 382.50 | 306.00 |
| B. Kane | 49.6 | 301.50 | 14,954.40 |
| K. Johnson | 49.4 | 301.50 | 14,894.10 |
| V. Miller | 64.4 | 301.50 | 19,416.60 |
| A. Jen | 48.5 | 301.50 | 14,622.75 |
| C. Callahan | 34.8 | 225.00 | 7,830.00 |
| B. Owings | 36.7 | 225.00 | 8,257.50 |
| L. Lee | 24.5 | 301.50 | 7,386.75 |
| F. Jen | 56.6 | 301.50 | 17,064.90 |
| T. Chung | 61.2 | 301.50 | 18,451.80 |
| C. DeCius | 58.8 | 90.00 | 5,292.00 |
| J. Dadbin | 31.1 | 55.00 | 1,710.50 |
| E. Roop | 69.4 | 135.00 | 9,369.00 |
| N. Wolf | 5.6 | 60.00 | 336.00 |
| Support Staff | | | 989.60 |

| | Total | $140,881.90 |
|--|-------|-------------|

**Fee Claims for:**   **Robb Evans & Associates LLC**
**Case :**   **Fortune Hi-Tech Marketing, Inc., et al.**
**For the Month of :**   **January-13**
**Name :**   **Robb Evans**

| Date | Description | Hours |
|------|-------------|-------|
| 1/28/13 | Review documentation and miscellaneous phone calls for coordination purposes with colleagues. | 0.80 |

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech Marketing Inc. et al. |
| For the Month of : | **January-13** |
| Name : | Brick Kane |

| Date | Description | Hours |
|------|-------------|-------|
| 1/25/13 | Discussion with FTC re: logistics for immediate access | 0.20 |
| 1/26/13 | Travel from LA to Lexington | 10.40 |
| 1/27/13 | Survey real properties in preparation for immediate access | *2.60* |
| 1/27/13 | Preparation meeting with FTC, Kentucky, & law enforcement | 1.30 |
| 1/28/13 | Stage for immediate access, take control of business operations, meetings with staff to assess status of business, meet with landlord's representative | 10.60 |
| 1/29/13 | On site work analyzing business operations | 10.20 |
| 1/30/13 | On site work analyzing business operations | 2.70 |
| 1/30/13 | Travel from Lexington to LA | 9.30 |
| 1/31/13 | Discussion with G. Caris re: ███████████ | 0.30 |
| 1/31/13 | Discussion with E. Roop re: access to records for defendants | 0.10 |
| 1/31/13 | Discussion with G. Caris re: ██████ | 0.10 |
| 1/31/13 | Work on Court report | 1.60 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**              **Fortune Hi-Tech Marketing Inc.**
**For the Month of :**   **January-13**
**Name :**           **Kenton Johnson**

| Date | Description | Hours |
|------|-------------|-------|
| 1/14/13 | Read the final versions of the complaint, memorandum, and motion. | 0.80 |
| 1/25/13 | Discussion with FTC re: logistics for immediate access | 0.20 |
| 1/26/13 | Travel from LA to Lexington | 10.40 |
| 1/27/13 | Survey real properties in preparation for immediate access | 2.80 |
| 1/27/13 | Preparation meeting with FTC, Kentucky, & law enforcement | 1.30 |
| 1/28/13 | Stage for immediate access, take control of business operations, meetings with staff to assess status of business, meet with landlord's representative | 10.60 |
| 1/29/13 | On site work analyzing business operations | 10.20 |
| 1/30/13 | On site work analyzing business operations | 2.70 |
| 1/30/13 | *Travel from Lexington to LA* | 9.30 |
| 1/31/13 | Call with Brick Kane and attorney Gary Caris about ██████████ | 0.10 |
| 1/31/13 | Follow up calls and arrangements for defendant access to premises. | *0.20* |
| 1/31/13 | Study documents and items related to products and sales. | 0.80 |

Page 1

Fee Claims for:        **Robb Evans & Associates LLC**
Case :                 **Fortune Hi-Tech Marketing Inc., et al.**
For the Month of  :    **January-13**
Name :                 **M. Val Miller**

| Date | Description | Hours |
|------|-------------|-------|
| 1/26/13 | Travel to Lexington Kentucky and coordinate with associates. | 11.30 |
| 1/27/13 | Conduct site visit of offices and warehouse in Dansville Kentucky and return to hotel. | 2.80 |
| 1/27/13 | Review Memorandum of Points and Authorities, *complaint and TRO.* | *1.80* |
| 1/27/13 | Attend meeting with local law enforcement and plaintiff's counsel to coordinate entry into the business offices of the defendant. | 1.30 |
| 1/27/13 | Review 56 page exhibit A to Roberto Menjivar's declaration and obligations of receiver under TRO provisions. | 1.10 |
| 1/28/13 | *Meet with law enforcement and receiver's staff* in staging area to coordinate entry into offices; Enter offices, serve TRO on owners; meet with General Counsel; conduct interviews and review documents and trace assets. | 10.60 |
| 1/29/13 | Carry out duties of the receiver by reviewing documents and respond to inquiries from defense counsel and coordinate asset tracing activities with associates. | 9.60 |
| 1/30/13 | Visit Defendant's business premises, continue document review for asset tracing, compliance issues and consumer complaint files; respond to inquiries from defense counsel and coordinate investigation with associates. | 9.50 |
| 1/31/13 | Document review of consumer complaints; internet research on local BBB website; and analyze business operations. | 2.80 |
| 1/31/13 | Return travel to Las Vegas Nevada via DFW airport; delayed flights at DFW. | 13.60 |

**Fee Claims for:**       **Robb Evans & Associates LLC**
**Case :**                **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**    **January-13**
**Name :**                **Anita Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 1/27/13 | Travel from LA to KY | 12.70 |
| 1/27/13 | Read the TRO and complaints. | 0.50 |
| 1/28/13 | Stage for immediate access, take control of business operations, interview with employees. | 10.60 |
| 1/29/13 | Onsite Work | 10.20 |
| 1/30/13 | Onsite Work | 2.70 |
| 1/30/13 | Travel from KY to LA | 9.30 |
| 1/31/13 | Deal with operation issues: payroll, postage meter, 1099s, and medical insurance,  review *schedules prepared by Simon and Ben re :* commissions for 2009 and commission income for 2009-2012 | 2.50 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**     **January-13**
**Name :**     Coleen Callahan

| Date | Description | Hours |
|------|-------------|-------|
| 1/24/13 | Prep for new case; questionnaires; maps; directions | 0.20 |
| 1/27/13 | Travel to Lexington, KY | 10.90 |
| 1/28/13 | Meet with associates prior to turnover; travel to *Danville; assume custody and control over* warehouse; interview employees; document; change locks; return to Lexington | 11.80 |
| 1/29/13 | Locate and engage local counsel | 0.50 |
| 1/30/13 | Return travel to Los Angeles | 10.60 |
| 1/31/13 | Respond to Local Counsel to Receiver Mary Fulllington re ███ | 0.50 |
| 1/31/13 | *Archive photos of Danville Warehouse* | *0.30* |



**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Fortune Hi-Tech Marketing, Inc. et al.**
**For the Month of  :**    **January-13**
**Name :**    **Bill Owings**

| Date | Description | Hours |
|------|-------------|-------|
| 1/27/13 | | |
| | Travel to Lexington, KY | 10.90 |
| 1/28/13 | Meet with associates prior to turnover; travel to Danville; assume custody and control over warehouse; interview employees; document; *change locks; return to Lexington* | *11.80* |
| 1/29/13 | Have extra keys made of warehouse in Danville; sort for various parties to use | 3.40 |
| 1/30/13 | Return travel to Los Angeles | 10.60 |

Page 1

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Fortune Hi-Tech Marketing, Inc. et al. |
| For the Month of  : | **January-13** |
| Name : | Lillian Lee |

| Date | Description | Hours |
|---|---|---|
| 1/17/13 | Search and prepare a list of contact information of financial institutions to be served with the Freeze Order. | 2.20 |
| 1/23/13 | Contact certain financial institutions for contact information for the servicing purposes. | 0.90 |
| *1/23/13* | *Call from Ed Roop re: possible web host companies to be served.* | *0.20* |
| 1/24/13 | Discuss with Ed Roop re: serving GoDaddy.com and third-party servicer information . | 0.20 |
| 1/24/13 | Discuss with Anita Jen re: serving financial institutions and contact information. | 0.10 |
| 1/25/13 | Review the Court Order and prepare the list with the defendants' information for serving purposes. | 0.80 |
| 1/25/13 | Search further and correspond with staff re: the pending contact information for financial institutions to be served.  Prepare fax and e-mail corresondence. | 2.40 |
| *1/28/13* | Prepare and print fax coversheets.  Coordinate with Receiver deputies on-site re: additional entities to be served, the website host, and tax ids.  Coordinate with staff re: serving financial institutions and search.  Coordinate with financial institutions.  Summarize the service and responses/status from financial institutions. | *5.80* |
| 1/28/13 | Coordinate with Receiver deputies on-site re: additional entities to be served, the website host, and tax ids.  Coordinate with staff re: serving financial institutions and search.  Coordinate with financial institutions.  Summarize the service and responses/status from financial institutions. | 1.70 |
| *1/29/13* | Coordinate with Receiver deputies on-site re: additional entities to be served, tax ids, payment processors, etc.  Coordinate with staff re: serving financial institutions.  Search online for certain entities.  Follow-up with financial institutions.  Review responses received and update the banking summary. | 4.10 |

**Fee Claims for:** **Robb Evans & Associates LLC**
**Case :** **Fortune Hi-Tech Marketing, Inc. et al.**
**For the Month of :** **January-13**
**Name :** **Lillian Lee**

| Date | Description | Hours |
|---|---|---|
| 1/29/13 | Search company information online. Serve the Temporary Restraining Order to additional entities. Calls from various financial institutions. | 0.50 |
| 1/29/13 | Correspond with a payment processor and serve the Temporary Restraining Order. | 0.20 |
| 1/30/13 | Review responses from certain financial institutions, follow-up, and respond to calls. Update the banking summary with the account information and status. File documents. Search for contact information online. Serve additional banks & investment companies with the Temporary Restraining Order. | 2.60 |
| 1/30/13 | Follow-up with certain financial institutions re: freeze status and update the banking summary. | 0.30 |
| 1/30/13 | Correspond with JPMC & Anita Jen re: the freeze confirmation and fund transfer re: payroll. | 0.20 |
| 1/30/13 | Correspond with BB&T re: funds to be sent to the Receiver. | 0.10 |
| 1/30/13 | Call with JPMC's counsel re: fund transfer to the Receiver. | 0.10 |
| 1/30/13 | Review the confirmation response and balances from a payment processor and miscellaneous correspondence from various financial institutions. Print and save the merchant agreements on the server and update the banking summary. Correspond with Brick Kane and Anita Jen. | 0.40 |
| 1/31/13 | Review responses from certain financial institutions, follow-up, and respond to calls. Correspond with certain financial institutions regarding fund transfers for Defendant employee payroll. | 0.50 |
| 1/31/13 | Correspond with a payment processor about the fund transfer request. Review additional responses from a financial institution re: safe deposit box and a Canada account. Update the banking summary. Correspond with Receiver deputies. | 0.60 |
| 1/31/13 | Re-confirm with Ed Roop re: locking down one of the domain registered with GoDaddy.com. Correspond with GoDaddy.com. | 0.10 |

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Fortune Hi-Tech Marketing, Inc. et al.** |
| **For the Month of  :** | **January-13** |
| **Name :** | **Lillian Lee** |

| Date | Description | Hours |
|---|---|---|
| 1/31/13 | Review additional responses from financial institutions, and update the banking summary. Correspond with Receiver deputies re: safe deposit boxes & fund transfer stsatus. | 0.50 |

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Fortune Hi-Tech Marketing**
For the Month of : *January-13*
Name : **Flora Jen**

| Date | Description | Hours |
|---|---|---|
| 1/27/13 | Travel from LA to KY. | 12.70 |
| 1/27/13 | Read the TRO and complaints. | 0.50 |
| 1/28/13 | Stage for immediate access, take control of business operations, meetings with associates to *assess status of business, interview with* corporate defendants' officers. | 11.50 |
| 1/29/13 | On site work analyzing business operations and financial information | 10.20 |
| 1/30/13 | On site work analyzing business operations and financial information; Reviewed the various documents and electronic files, financial and other information obtained from the corporate defendants' officers on-site. | 10.50 |
| 1/31/13 | Travel from Lexington to LA. | 11.20 |

**Fee Claims for:**      **Robb Evans & Associates LLC**
**Case :**      **Forune Hi-Tech Marketing inc. et al.**
**For the Month of :**      **January-13**
**Name :**      **Tiffany Chung**

| Date | Description | Hours |
|------|-------------|-------|
| 1/27/13 | Travel from LA to Lexington | 12.70 |
| 1/27/13 | Read the TRO, memorandum and complaints. | 0.50 |
| 1/28/13 | Stage for immediate access, take control of business operations, meetings with associates to assess status of business, interview with corporate defendants' officers | 10.60 |
| 1/28/13 | Review the documents and financial information obtained from the corporate defendants' officers during the day. | 1.80 |
| 1/29/13 | On site work analyzing business operations and financial information. | 10.20 |
| 1/29/13 | Continue to review the various documents and electronic files, financial and other information obtained from the corporate defendants' officers on-site. | 2.10 |
| 1/30/13 | On site work analyzing business operations and financial information. | 8.50 |
| 1/30/13 | Continue to review the various documents and electronic files, financial and other information obtained from the corporate defendants' officers on-site. | 3.60 |
| 1/31/13 | Travel from Lexington to LA | 11.20 |

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech Marketing, Inc. et al. |
| For the Month of  : | **January-13** |
| Name : | Carl DeCius |

| Date | Description | Hours |
|------|-------------|-------|
| 1/27/13 | Travel from form home to Lexington, KY. Review various case documents and orders. (Travel time capped-flights cancelled with overnight stay in Chicago) | 16.00 |
| 1/28/13 | Assist in conducting of entry and control duties. Meet with defendant personnel, including HR and Finance, and work on Receivership transition matters. | 11.20 |
| 1/29/13 | Continue entry and control duties. Work with corporate personnel on payroll, benefits and other matters. Review corporate records and files. | 10.80 |
| 1/30/13 | Continue document and corporate records review. Work with corporate personnel on payroll and various operational matters for corporate buildings. Process and deliver documentation for delivery. Travel to post office to submit mail forwarding requests court orders.  Travel from corporate office to home. | 16.10 |
| 1/31/13 | Multiple phone calls and email exchanges with FHTM management and HR personnel regarding payroll matters. Discuss same with associates. | 0.60 |
| 1/31/13 | Review and forward copies of insurance policies to associate as requested. Email exchanges with FHTM personnel regarding insurance documentation and coverage's. | 0.60 |
| 1/31/13 | Organize case documents and setup electronic and hard files. | 0.80 |
| 1/31/13 | Work with FHTM personnel, ADP and associates to process payroll and setup funding for tax deposits and payroll deposits. Review payroll reports. Prepare and submit multiple wires for tax deposits, direct deposits and FUTA payments for multiple companies. Related discussions and email exchanges. | 2.70 |



| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Fortune Hi-Tech marketing, Inc. et al** | |
| **For the Month of :** | **January-13** | |
| **Name :** | **Jacklin Dadbin** | |

| Date | Description | Hours |
|---|---|---|
| 1/27/13 | Travelled to Kentucky. | 10.00 |
| 1/28/13 | At site. | 10.00 |
| 1/29/13 | Travelled back from Kentucky. | 10.00 |
| 1/30/13 | Organized and scanned Employees Questionnaire. | 0.70 |
| 1/31/13 | Organized and scanned Employees Questionnaire. | 0.40 |

Page 1

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech marketing, Inc. et al. |
| For the Month of : | **January-13** |
| Name : | **Ed Roop** |

| Date | Description | Hours |
|---|---|---|
| 1/16/13 | Started reviewing company websites and domain names. | 2.30 |
| 1/23/13 | Conference call with FTC on upcoming case. | 0.70 |
| 1/23/13 | Ongoing website review. | 1.40 |
| 1/24/13 | Ongoing website review. | 1.90 |
| 1/26/13 | Travel from LAS to Lexington, KY | 5.80 |
| 1/27/13 | Location drive-bys and with meeting with entry team participants. Reviewed TRO, etc. | 5.70 |
| 1/28/13 | Site entry. Secured facility. Interviewed IT folks. Re-directed websites. Started data review. | 13.30 |
| 1/29/13 | Started making copies of key data and servers. | 13.20 |
| 1/30/13 | Continued making copies of servers and key personnel PCs/laptops. | 12.60 |
| 1/31/13 | Continued making copies of servers and key personnel PCs/laptops. | 12.50 |

**Fee Claims for:** **Robb Evans & Associates LLC**
**Case :** **Fortune Hi-Tech Marketing, Inc. et al.**
**For the Month of :** **January-13**
**Name :** **Nancy Wolf**

| Date | Description | Hours |
|------|-------------|-------|
| 1/25/13 | Research and telephone calls to acquire fax number for service of Order. | 0.20 |
| 1/28/13 | Research entities online, telephone calls to bank personnel, serve Orders by fax to financial institutions. | 5.40 |

**Manuel Chen**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
26-Jan-13
0-Jan-00

| Date | Description | Hours |
|------|-------------|-------|
| 26-Jan-13 | | 0.00 |
| 27-Jan-13 | | 0.00 |
| 28-Jan-13 | Telephone calls from Ed Roop for Ken Chapin, Telephone call from a Reuters Reporter for Brick Kane, Took message and e-mailed information to Brick, Telephone calls from distributors, Explained status of the case and referred them to our website, Outgoing fedex packages ( Lillian's serving court order to various firms ). | 0.70 |
| 29-Jan-13 | Telephone calls for Lillian Lee, Telephone call from a distributor regarding his 2012 Tax Form 1099, Took message and e-mailed information to Anita Jen, Returned call of the distributor and responded as per Anita's instruction, Incoming faxes for Lillian Lee. | 1.00 |
| 30-Jan-13 | Telephone calls from distributors regarding the status of the case, Explained and guide them to the website, Incoming fax for Lillian Lee, Outgoing fedex packages ( Lillian's serving court order to various firms ). | 0.80 |
| 31-Jan-13 | Telephone calls from distributors regarding the status of the case, Explained and guide them to the website, Telephone calls for Lillian Lee, Incoming fedex ( a box of files ) from Kentucky for Anita Jen, Outgoing fedex package ( Lillian's serving court order to the firm ). | 0.70 |
| 0-Jan-00 | | 0.00 |
| | | 3.20 |

Manuel Chen



**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
19-Jan-13
25-Jan-13

| Date | Description | Hours |
|---|---|---|
| 19-Jan-13 | | 0.00 |
| 20-Jan-13 | | 0.00 |
| 21-Jan-13 | | 0.00 |
| 22-Jan-13 | | 0.00 |
| 23-Jan-13 | | 0.00 |
| 24-Jan-13 | Work on travel arrangements for deputies for receivership take-over scheduled for Monday; prepare case information on j drive for service of TRO's, etc.; coordinate with hotel and airlines regarding reservations; print TRO; save TRO and other court documents on j drive; transfer call from FTC to B. Kane. | 1.70 |
| 25-Jan-13 | Coordinate conference room rental at Doubletree Hotel for receivership take-down on Monday; continue working on final travel arrangements and revised booking, etc. call banks and financial institutions and check website for fax numbers of Legal Dept. in preparation for receivership take-over on Monday; | 2.40 |
| | | 4.10 |

Araceli Eustaquio

0.00
4.10
9.50
13.60

**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
26-Jan-13
0-Jan-00

| Date | Description | Hours |
|------|-------------|-------|
| 26-Jan-13 | | 0.00 |
| 27-Jan-13 | | 0.00 |
| 28-Jan-13 | Assist L. Lee with serving financial institutions with TRO and TINs by fax; calls *to and from multiple financial institutions regarding fax nos. or email* addresses of Legal, Compliance or Subpoena Depts; search on website contact info for Legal Dept. of banks, financial institutions; | 4.70 |
| 29-Jan-13 | Continue serving financial institutions, locating contact info for Legal Dept.; calls to/from banks and other institutions pertaining to L. Lee's fax; handle incoming faxes for L. Lee; dictation from K. Johnson regarding update on Notice to Representatives on website; | 2.80 |
| 30-Jan-13 | Continue serving financial institutions, locating contact info for Legal Dept.; calls to/from banks and other institutions pertaining to L. Lee's fax; *handle incoming faxes for L. Lee;* | 1.60 |
| 31-Jan-13 | Calls to/from banks and other financial institutions; handle incoming fax for L. Lee; calls from representatives re: 1099s; | 0.40 |
| 0-Jan-00 | | 0.00 |
| | | 9.50 |

Araceli Eustaquio

**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
26-Jan-13
0-Jan-00

| Date | Description | Hours |
|------|-------------|-------|
| 26-Jan-13 | | 0.00 |
| 27-Jan-13 | | 0.00 |
| 28-Jan-13 | Served TRO to various financial insitutions; handled 5 calls from FHTM representatives and 2 vendors/creditors; call for L. Lee re faxed TRO; sorted service list correspondence for L. Lee; created service list file folders and lables; filed miscellaneous faxed correspondence and informations in service list folder. | 4.30 |
| 29-Jan-13 | Handled 8 calls from FHTM representatives; calls from 2 calls from contract companies; calls for L. Lee re faxed TRO; filed miscellaneous faxed correspondence from served institutions. | 1.80 |
| 30-Jan-13 | Handled 7 calls from FHTM representatives; calls from 3 creditors; calls for L. Lee re faxed TRO; call from FHTM employee, message emailed to C. Calahan; prepared W9 for new FRB account; created file folder. | 1.70 |
| 31-Jan-13 | Scanned W9 and emailed to FRB; scanned 6 wire transfers and emailed to FRB; handled 6 calls from FHTM representatives; 2 calls for L. Lee re faxed TRO. | 1.00 |
| 0-Jan-00 | | 0.00 |
| | | 8.80 |

Imelda Perez




Robb Evans & Associates LLC

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2013 | FHTM 2 |

| Bill To |
|---------|
| Robb Evans, Receiver of FHTM |

| P.O. No. |
|----------|
| |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 2/1/13 to 2/28/13 by: | | | |
| B. Kane | 29.2 | 301.50 | 8,803.80 |
| K. Johnson | 13.1 | 301.50 | 3,949.65 |
| V. Miller | 19.8 | 301.50 | 5,969.70 |
| A. Jen | 29.2 | 301.50 | 8,803.80 |
| C. Callahan | 11.6 | 225.00 | 2,610.00 |
| L. Lee | 15.1 | 301.50 | 4,552.65 |
| F. Jen | 60.2 | 301.50 | 18,150.30 |
| T. Chung | 86.1 | 301.50 | 25,959.15 |
| C. DeCius | 61.7 | 90.00 | 5,553.00 |
| J. Dadbin | 0.8 | 55.00 | 44.00 |
| E. Roop | 86.7 | 135.00 | 11,704.50 |
| N. Wolf | 1 | 60.00 | 60.00 |
| Support Staff | | | 1,391.20 |

| | Total | $97,551.75 |
|--|-------|-----------|

**Fee Claims for:**  **Robb Evans & Associates LLC**
**Case :**  **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**  **February-13**
**Name :**  *Brick Kane*

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Discussions with company IT staff and download email from FTP site | 0.30 |
| 2/1/13 | Discussion with FTC re: defense counsel and potential extension of TRO | 0.20 |
| 2/1/13 | Discuss premises issues with FTC | 0.10 |
| 2/1/13 | Discuss data issues and defense counsel requests with E. Roop | 0.20 |
| 2/4/13 | Work on email files | 0.30 |
| 2/4/13 | Work on logistics to provide defense counsel access to warehouse | 0.10 |
| 2/4/13 | Discuss database issues with FTC | 0.30 |
| 2/4/13 | Discussion with G. Caris re: ███████████ | 0.20 |
| 2/5/13 | Discussion with E. Roop & G. Caris re: ███████ | 0.40 |
| 2/5/13 | Analyze downloaded database details | 1.10 |
| 2/5/13 | Discussion with E. Roop re: data and website issues | 0.20 |
| 2/6/13 | Analyze downloaded database details and discussion with associates re: information needed with Court report | 0.90 |
| 2/7/13 | *Analyze data and work with associates to stratify data for Court report* | 3.80 |
| 2/7/13 | Discussion and email exchange with landlord, email TRO extension to landlord | 0.20 |
| 2/8/13 | Deal with vendor issues | 0.30 |
| 2/8/13 | Discussion with FTC re: consumer issues | 0.40 |
| 2/8/13 | Discussion with G. Caris re: ███████████ | 0.20 |
| 2/11/13 | Work on Court report | 4.60 |
| 2/12/13 | *Work on Court report* | *5.30* |
| 2/13/13 | Discussion with Canada employee re: warehouse information and creditor issues | 0.30 |
| 2/13/13 | Email information to Canada employee | 0.10 |
| 2/13/13 | Work on Court report | 1.30 |
| 2/13/13 | Search email copied from site | 0.60 |
| 2/13/13 | Discussion with G. Caris re: ████████ | 0.10 |
| 2/14/13 | Discussion with G. Caris & FTC re: D&O policy issues | 0.60 |
| 2/14/13 | Search email copied from site | 0.90 |
| 2/14/13 | Work on Court report | 0.80 |
| 2/15/13 | Discussion with landlord re: status | 0.10 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**     **February-13**
**Name :**     **Brick Kane**

| Date | Description | Hours |
|------|-------------|-------|
| 2/15/13 | Discussion with Canada employee and email exchange with Canadian employee | 0.20 |
| 2/15/13 | Discuss report issues with V. Miller | 0.40 |
| 2/15/13 | Work on Court report | 1.40 |
| 2/15/13 | Discussion with G. Caris re: ███████ | 0.10 |
| 2/19/13 | Work on Court report | 1.10 |
| 2/19/13 | Discussion with G. Caris re: ███████ | 0.20 |
| 2/19/13 | Discuss case issues with FTC | 0.20 |
| 2/20/13 | Discuss insurance and case issues with G. Caris & FTC | 0.30 |
| 2/20/13 | Finalize Court report | 0.30 |
| 2/21/13 | Review multiple email from consumers | 0.40 |
| 2/21/13 | Discussion with G. Caris & FTC re: chargebacks and motions filed | 0.30 |
| 2/26/13 | *Discuss today's Court hearing with FTC* | *0.20* |
| 2/27/13 | Discussion with G. Caris re: ███████ | 0.10 |
| 2/27/13 | Discuss creditor issues with C. DeCius | 0.10 |

| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Fortun Hi-Tech Marketing Inc. et al.** | |
| **For the Month of :** | **February-13** | |
| **Name :** | **Kenton Johnson** | |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Read letter from attorney for defendant about access for three days next week to copy documents and gather information. Call to the Kentucky paralegal to discuss access arrangements. | 0.30 |
| 2/1/13 | Read letter from the Kansas law firm and follow-up on completing the arrangements for defendant access to the premises. | 0.10 |
| 2/4/13 | Read exchange of emails about the presence or contact during the weekend by attorneys for the defendants. Forward comments. Brief discussion with on-site personnel. | 0.20 |
| 2/5/13 | Review pending issues and information needed for the Receiver's initial report. Read and respond to information from the on-site IT manager. | 0.40 |
| 2/7/13 | Work on the text for the broadcast email notice to the representatives. Confer with two employees about producing and transmitting the email notice. Edit and complete the notice. Prepare and forward to the employee for further transmission. Follow-up with the employee and others to be certain the notice was received and the access arrangements are complete. | 0.90 |
| 2/8/13 | Read the results of the broadcast email to a net of about 45,000 representatives. Prepare summary and forward to others. Prepare revise an additional notice on the Receiver's website about the changed date for the hearing on the motion to issue a Preliminary Injunction. | 0.80 |
| 2/11/13 | Read letter forwarded by an employee for pre-receivership claims of an outside trainer and details about scheduled training classes. | |
| 2/12/13 | Read letter from Laurie McDonald with several questions. Voice message to Laura McDonald to follow up on information about training sessions to be canceled and pre-receivership payables to trainers. | 0.40 |
| 2/13/13 | Study the draft of the initial Receiver's report. Make notes of items and issues to confirm and discuss. Go over the draft report with others and discuss proposed edits and changes. | 2.10 |

**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Fortun Hi-Tech Marketing Inc. et al.**
**For the Month of :**    **February-13**
**Name :**    Kenton Johnson

| Date | Description | Hours |
|---|---|---|
| 2/13/13 | Review and make notes to discuss questions and possible edits and additions in the revised draft report. | 1.20 |
| 2/14/13 | Study the revised draft report. Search email and other documents for information for the report. | 2.70 |
| 2/15/13 | Review emails and documents for Receiver's report. | 2.50 |
| 2/15/13 | *Review newly-edited version of Receiver's report* | *0.50* |
| 2/19/13 | Call with the FTC to go over the two upcoming hearings. | 0.20 |
| 2/19/13 | Call with the Receiver's attorney Caris regarding ████████████████ Discuss options for response. | 0.30 |
| 2/19/13 | Work on additional edits and additions for the Receiver's report. | 0.50 |



Fee Claims for:    **Robb Evans & Associates LLC**

Case :    **Fortune Hi-Tech Marketing Inc. et al.**

For the Month of :    **February-13**

*Name :*    *M. Val Miller*

| Date | Description | Hours |
|---|---|---|
| 2/4/13 | Review consumer complaints and other documents collected from defendant's offices. | 1.80 |
| 2/4/13 | Discussions with associate C. Callahan re: security issues in Danville. | 0.20 |
| 2/4/13 | Review filings in lawsuit between defendant's and representatives (Reps tried to use TRO to avoid Order in State Court). | 0.40 |
| 2/5/13 | Review documents and work on receiver's report to the Court. | 1.50 |
| 2/5/13 | Review email exchanges regarding missing external drive and discussion with Ed Roop re: external drive. | 0.30 |
| 2/5/13 | Review Motion to Abate and the response by the class action plaintiff (Day). | 0.50 |
| 2/5/13 | Email exchange with receiver's counsel Gary Caris re: ███████ ████████████. | 0.20 |
| 2/6/13 | Document review, internet research and draft *portions of receiver's initial report to the court.* | *4.70* |
| 2/7/13 | Finish draft report and forward to associates for review and comments. | 2.20 |
| 2/11/13 | Work on initial report to the court and revise previous draft. | 2.50 |
| 2/15/13 | Discussions with associate B. Kane; review and revise receiver's report to the court. | 1.50 |
| 2/15/13 | Review final draft of report and send comments to associates. | 0.50 |
| 2/19/13 | Review latest draft of receiver's report. | 0.80 |
| 2/20/13 | Review defendant's motion to dismiss. | 0.30 |
| 2/20/13 | *Discussion with associate B. Kane re: request to* contact Lewis Retik FHTM counsel in Canada and Christian Sood at warehouse in Canada storing FHTM products. | 0.10 |
| 2/20/13 | Contact Christian Sood and inquire about status of FHTM products and explained FTC suit; Draft email and include the TRO. | 0.60 |
| 2/20/13 | Contact Lewis Retik and discuss FTC suit against FHTM; discuss ongoing registration requirements for FHTM in Canada and P.I. Hearing; Send copy of TRO in email. | 0.50 |
| 2/21/13 | Review invoices from CCS Pharmaceuticals in Canada, discuss with associates, draft letter advising that can't pay pre-receivership debts and send to Christian Sood. | 0.50 |

Fee Claims for:    **Robb Evans & Associates LLC**
Case :    **Fortune Hi-Tech Marketing Inc. et al.**
For the Month of :    **February-13**
Name :    **M. Val Miller**

| Date | Description | Hours |
|---|---|---|
| 2/28/13 | Review email and invoice from Lewis Retik, Canadian counsel; draft letter advising that receiver can't pay and agree to include on creditors list and remind to do no work. | 0.50 |
| 2/28/13 | Discussion with associate Carl DeCius and forward invoices from attorney and warehouse for inclusion on creditor list. | 0.20 |

| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Fortun Hi-Tech Marketing Inc. et al.** | |
| **For the Month of :** | **February-13** | |
| **Name :** | **Anita Jen** | |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Discussion with Simon re : commission schedules,sales data, additional report , Discussions with Simon and Ben re : sales reports, review sales report draft, Create accounting, deal with operation issues, Discussion with E. Roop re : Sales and Commission reports, Discussion with Tiff and Flora re : sale reports and commission calcuation, review commission reports | 2.80 |
| 2/4/13 | Review fund balance, Conference call with FTC, Brick and Flora , Deal with Canada payroll, Deal with operation issue, Discussion and review files received from Simon and Ben, Discussion with Simon re : reports and warehouse issues, Email to Simon re : reports, Review files received from Ben and Simon, send emails to Simon for additional information | 4.40 |
| 2/5/13 | Discussion on operation issues review reports, Review and analyze data received, upload pst files to Concordance for review | 3.00 |
| 2/6/13 | Discussion on operation issues, insurance issues,  Discussions with Tiff, Flora and Brick re : reports, prepare pst files for concordance upload, upload files for review | 4.00 |
| 2/7/13 | Read extension , deal with operation issues, try to upload pst files to Concordance, discussions on report, Phone discussions with Simon | 3.80 |
| 2/8/13 | Continue upload files to Concordance for review | 1.00 |
| 2/11/13 | Deal with payroll issues, Prepare files to be uploaded to Concordance,  Upload files to Concordance for review | 3.70 |
| 2/12/13 | Phone conversation with Simon re : FHTM Foundation Inc. (501C3), discussion with L Lee and B Kane re : same, Phone conversation with Doug Houghton from State of Washington, Department of Revenue re : pre receivership *sales tax funds, Deal with operation issues,* Prepare for pst files to be uploaded to Concordance for review, Upload files | 2.20 |

**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Fortun Hi-Tech Marketing Inc. et al.**
**For the Month of :**    **February-13**
**Name :**    **Anita Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 2/13/13 | Follow up email to Simon, Phone conversation with Shannon from Canada office, upload pst files to Concordance for review | 3.20 |
| 2/19/13 | Review invoices | 0.10 |
| 2/21/13 | Discussions with C Decius re : operation issues | 0.20 |
| 2/26/13 | Deal with operation issues | 0.20 |
| 2/26/13 | Answer phone call from one agent re : status | 0.30 |
| 2/27/13 | Discussion with C Decius re : operation issues | 0.20 |
| 2/27/13 | Discussion with C Decius and B. Kane re : creditors | 0.10 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**                **Fortun Hi-Tech Marketing Inc. et al.**
**For the Month of  :**     **February-13**
**Name :**             **Coleen Callahan**

| Date | Description | Hours |
|------|-------------|-------|
| 2/5/13 | Call with Receiver's Counsel's Paralegal, Elizabeth Boggs re contact to be made at warehouse in Danville; send map and review access and location of tenants | 0.60 |
| 2/1/13 | Respond to inquiry from Representative | 0.10 |
| 2/1/13 | Update files information from site | 0.20 |
| 2/1/13 | Research rate for escort at site; discuss with Deputy to the Receiver | 0.60 |
| 2/4/13 | Respond to inquiry from Representative | 0.00 |
| 2/4/13 | Discuss loan to Representative $50,000 with Deputy to the Receiver | 0.00 |
| 2/4/13 | Review security for warehouse; Call with Deputy to Receiver re tenants at warehouse location; search contact information; advise Receiver's Counsel Mary Fullington | 0.80 |
| 2/4/13 | Call with Deputy to the Receiver and Receiver's Counsel, Gary Caris re █████████  Call with Receiver's Counsel Mary Fullington and paralegal Elizabeth Boggs re ████ | 0.20 |
| 2/6/13 | Respond to inquiry from Representative | 0.00 |
| 2/7/13 | Search Better Business Bureau for complaints | 0.40 |
| 2/7/13 | Arrange access for FHTM employee to prepare and send 'blast' e-mail to representatives | 0.70 |
| 2/8/13 | Call with Receiver's Counsel's Paralegal, Elizabeth Boggs re ████████████████ ; Calls confirming 'blast' completed and HR on site | 0.50 |
| 2/8/13 | *Respond to call from consumer regarding cell phone service; research; call with intermediary service company; return call to consumer* | 1.10 |
| 2/8/13 | Leave message for former employee regarding training session information (January and February) | 0.00 |
| 2/11/13 | Call with Sales rep | 0.10 |
| 2/11/13 | Call with Temporary Receiver's local Counsel, Mary Fullington and paralegal Elizabeth Boggs re ████████████ | *0.20* |
| 2/11/13 | E-Mail Temporary Receiver's Local Counsel's paralegal Elizabeth Boggs re ████████████ | 0.00 |

| Fee Claims for: | **Robb Evans & Associates LLC** |
| Case : | **Fortun Hi-Tech Marketing Inc. et al.** |
| For the Month of : | **February-13** |
| Name : | **Coleen Callahan** |

| Date | Description | Hours |
|------|-------------|-------|
| 2/11/13 | Advise Deputy to the Receiver receipt of NCAA tickets at site | 0.00 |
| 2/12/13 | Call with Receiver's Local Paralegal Elizabeth Boggs regarding ███ | 0.20 |
| 2/12/13 | Search FHTM Seminars for cancellation | 0.50 |
| 2/12/13 | Call with Temporary Receiver's local paralegal Elizabeth Boggs regarding ████ | 0.20 |
| 2/13/13 | Review incoming e-mail and review various requests with Deputy to the Receiver | 0.20 |
| 2/13/13 | Respond to inquiry regarding status made simultaneously by Capital One and Rep | 0.20 |
| 2/13/13 | Calls with Receiver's Paralegal, Elizabeth Boggs regarding ███ | 0.10 |
| 2/13/13 | Respond directly to HR Director's e-mail | 0.10 |
| 2/13/13 | Call with Jeff Mills regarding his personal items as NCAA tickets | 0.10 |
| 2/13/13 | Meet with Deputy to the Receiver regarding access for employee to obtain seminar information;  arrange access | 0.20 |
| 2/13/13 | Meet with Deputy to the Receiver regarding access for IT rep to turn on computer;  arrange access | 0.10 |
| 2/14/13 | Respond to Rep inquiry | 0.10 |
| 2/14/13 | Call with Receiver's Local Paralegal Elizabeth Boggs regarding ████ | *0.10* |
| 2/15/13 | Call with Temporary Receiver's Local Paralegal Elizabeth Boggs regarding ███ deadbolt lock being used; call with landlord counsel and rep regarding opening door | 0.20 |
| 2/15/13 | Arrange access to main office for Counsel for Defendant | 0.10 |
| 2/15/13 | Call with Counsel for Defendant; unable to access; call to IT rep for company | 0.10 |
| 2/15/13 | Call with Temporary Receiver's Local Paralegal Elizabeth Boggs re ████ | N/C |

Fee Claims for:    **Robb Evans & Associates LLC**
Case :             **Fortun Hi-Tech Marketing Inc. et al.**
For the Month of :  **February-13**
Name :              **Coleen Callahan**

| Date | Description | Hours |
|------|-------------|-------|
| 2/19/13 | Respond to e-mail from manager of warehouse regarding payment of cleaning lady | 0.10 |
| 2/19/13 | Respond to inquiry from Rep regarding status | 0.10 |
| 2/20/13 | Respond to call from Rep regarding billing | N/C |
| 2/20/13 | Call with Temporary Receiver's Local Paralegal ███████████ | 0.10 |
| 2/21/13 | Call with Temporary Receiver's Local Paralegal regarding ████ | 0.00 |
| 2/21/13 | Call with Danville tenant regarding leaving site; advise re receipts for computers required | 0.10 |
| 2/21/13 | Call with employee re access to personal files on computer to obtain resume | 0.10 |
| 2/22/13 | Review status report from Receiver's local paralegal, Elizabeth Boggs; locate venders | 0.30 |
| 2/22/13 | Respond to inquiry of Spanish Speaking Rep. | 0.10 |
| 2/22/13 | Call with Tenant regarding  moving out of Danville building; call to second tenant to confirm same day - leave message; call to locksmith; e-mails with Receiver's local paralegal Elizabeth Boggs | 0.60 |
| 2/25/13 | Call with US Postal Service, Danville/Lexington regarding Reduced Pricing Contract and forwarding order; send Order extending TRO | 0.30 |
| 2/26/13 | Calls with seminar facilities in Vancouver, BC regarding cancellation | 0.20 |
| 2/26/13 | Call with Danville tenant regarding utilities company on site to turn off service.  Calls with tenant requesting access to bay doors to move | 0.60 |
| 2/26/13 | Call with Spanish speaking representative regarding non receipt of 1099; research | 0.20 |
| 2/27/13 | Call with Temporary Receiver's Paralegal Elizabeth Boggs regarding ███████ | 0.20 |
| 2/27/13 | Respond to inquiries from representatives | 0.50 |
| 2/27/13 | Call with tenant regarding move-out; advise Temporary Receiver's Paralegal Elizabeth Boggs re ████ | 0.10 |



| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Fortun Hi-Tech Marketing Inc. et al. |
| For the Month of : | **February-13** |
| Name : | **Lillian Lee** |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Review responses from certain financial institutions, and funds turned over.  Update the banking summary with the status.  Follow-up and re-serve the Temporary Restraining Order to an overseas payment processor. | 0.70 |
| 2/1/13 | Respond to inquiries from financial institutions. | 0.30 |
| 2/3/13 | Review and respond to the email from Anita Jen re: serving certain entities with the Temporary Restraining Order.  Serve the Order to a payment gateway provider. | 0.30 |
| 2/4/13 | Search company information online and correspond with Anita Jen re: entities requested to be served with the Order.  File documents | 0.30 |
| 2/4/13 | Review responses from an investment company & GoDaddy.com and update the account information and status on the log. | 0.20 |
| 2/4/13 | Discuss with Anita Jen re: freeze confirmation status and additional entities to be served.  Follow-up with JPMC re: account balances frozen.  Serve additional entities with the Temporary Restraining Order.  Review/file responses from certain financial institutions and update the log. | 0.90 |
| 2/5/13 | Respond to a call from a payment processor re: wire transfer details.  Correspond with the payment processor about chargeback details and accounts confirmed. | 0.30 |
| 2/5/13 | Review responses from financial institutions and update the log. | 0.20 |
| 2/5/13 | Review responses from JPMC and update the banking summary with the current balances and account information.  Correspond with the counsel of JPMC confirming the freeze and one account. | 0.70 |
| 2/7/13 | Follow-up with various financial institutions which have not responded regarding the freeze status & account information. | 0.50 |
| 2/7/13 | Review and serve the TRO Extension to financial institutions and other entities.  Follow-up with certain non-responding financial institutions.  Review certain responses and update the log.  File documents. | 2.80 |

| | | |
|---|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** | |
| Case : | Fortun Hi-Tech Marketing Inc. et al. | |
| For the Month of : | **February-13** | |
| Name : | **Lillian Lee** | |

| Date | Description | Hours |
|------|-------------|-------|
| 2/10/13 | Correspond with Receiver deputies and a financial institution re: the date of birth and latest address for an individual defendant. Update the log. Re-create the tax id sheet with the latest information. | 0.20 |
| 2/11/13 | Review and follow-up on the responses from a payment processor, and update the status on the log. | 0.20 |
| 2/11/13 | Review responses from an investment company and update the account information and status on the log. | 0.20 |
| 2/12/13 | Correspond with certain financial institutions about the freeze status and fund transfer inquiries.  Serve the Court Orders to one additional bank. | 0.50 |
| 2/12/13 | Correspond with Brick Kane & respond to the call from a tele communication provider to FHTM. | 0.10 |
| 2/12/13 | Correspond with a bank requesting the account opening documents and update the fund transfer request. | 0.10 |
| 2/12/13 | Discuss with Anita Jen and respond to inquiries by a bank regarding the checks presented at the branch and the claims filing procedure. Correspond with Carl De Cius about the potential claims. | 0.30 |
| 2/12/13 | Review the signature card received from a bank and update the account holder information in the banking summary.  Correspond with Anita Jen. Correspond with the bank again re: other account opening documents. | 0.20 |
| 2/12/13 | File documents. | 0.10 |
| 2/13/13 | Review wire transferred funds received and update the banking summary. Follow-up with a bank re: the account opening documents and the funds in a Canadian account. | 0.20 |
| 2/13/13 | Format and print the banking summary and correspond with Brick Kane.  Review merchant service agreement provided by Chase *Paymentech Solutions, LLC. Correspond with* Chase Paymentech re: questions about the reserve or secured interest. | 1.00 |

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Fortun Hi-Tech Marketing Inc. et al. |
| For the Month of : | **February-13** |
| Name : | Lilllan Lee |

| Date | Description | Hours |
|---|---|---|
| 2/13/13 | Review funds turned over by a bank and correspond with the bank re: the breakdown. Update the banking summary. | 0.30 |
| 2/13/13 | Review the responses from Chase Paymentech re: reserve funds and the agreements, and discuss with Brick Kane.  Review Receiver's first report draft re: the confirmed bank balance portion. | 0.30 |
| 2/13/13 | Correspond with Chase Paymentech inquiring about the chargeback activity since the Receivership and the general guideline re: risk and timing for turning over the reserve funds. | 0.30 |
| 2/14/13 | Download and save chargeback reports from *Chase Paymentech on the server and update* the log.  Correspond with Brick Kane and Anita Jen re: the company's reserve holding policy. Set up the reminder to follow-up re: reserve balances. | 0.90 |
| 2/14/13 | Correspond with Receiver's Counsel, Gary Caris, re: ███████████ | 0.20 |
| 2/14/13 | Call with Receiver's Counsel, Gary Caris, re: ███████████ | 0.30 |
| 2/14/13 | Summarize chargeback transactions from 1/28/13 to 2/6/13 and correspond with Receiver's *Counsel, Gary Caris.* | *0.80* |
| 2/14/13 | Review a service agreement and serve a payment processor with the free order. | 0.20 |
| 2/14/13 | Review the response from an investment company and update the status on the banking summary. | 0.10 |
| 2/15/13 | Conference call with Receiver's counsel, Gary Caris, and Brick Kane re: ███████ | 0.10 |
| 2/19/13 | Review the response from a financial institution and update the banking summary. | 0.10 |
| 2/20/13 | Review the response from a financial institution and update the banking summary. | 0.20 |
| 2/20/13 | Review the response from a payment processor *and update the banking summary.* | *0.10* |
| 2/21/13 | Review the correspondence between Receiver's counsel, Gary Caris, and Chas Paymentech counsel.  Update the status. | 0.10 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Fortun Hi-Tech Marketing Inc. et al.**
**For the Month of  :**     **February-13**
**Name :**     **Lillian Lee**

| Date | Description | Hours |
|---|---|---|
| 2/21/13 | Correspond with Anita Jen re: the response to the CPA of FHTM about 2012 tax extension and filings.  Respond to the CPA. | 0.20 |
| 2/24/13 | Perform bank reconciliation. | 0.10 |
| 2/25/13 | Review the response from a investment company and update the banking summary with account status.  Follow-up with JPMC re: the status on the fund transfer request. | 0.20 |
| 2/26/13 | Review current bank statements and credit advise.  Update the banking summary for one account. | 0.10 |
| 2/28/13 | Review responses and statements from banks.  Update the banking summary with status. | 0.20 |

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Fortune Hi-Tech Marketing Inc. et al. |
| For the Month of : | **February-13** |
| Name : | Flora Jen |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Reviewed documents and analyzed financial data. | 1.50 |
| 2/4/13 | Reviewed documents and analyzed financial data. | 6.80 |
| 2/5/13 | Reviewed documents and analyzed financial data. | 7.10 |
| 2/6/13 | Reviewed and analyzed financial and rep list data; discussion with associates re: same. | 7.00 |
| 2/7/13 | Reviewed and analyzed financial and rep list data; discussion with associates re: same. | 6.70 |
| 2/8/13 | Reviewed documents and analyzed financial data; draft report. | 2.50 |
| 2/9/13 | Draft report. | 2.50 |
| 2/11/13 | Reviewed documents and analyzed financial data. | 4.50 |
| 2/12/13 | Reviewed documents and analyzed financial data. | 5.10 |
| 2/13/13 | Reviewed and analyzed financial data; draft report. | 3.50 |
| 2/14/13 | Reviewed and analyzed financial data; draft report. | 7.00 |
| 2/15/13 | Reviewed and analyzed financial data; draft report. | 4.50 |
| 2/19/13 | Draft report. | 0.80 |
| 2/23/13 | Reviewed data; prepared IR list. | 0.70 |

| | |
|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** |
| Case : | **Fortune Hi-Tech Marketing Inc. et al.** |
| For the Month of : | **February-13** |
| Name : | **Tiffany Chung** |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Search and review the financial information and files from the server downloaded on site. Review, reconcile and analyze the financial information and data downloads received from the corporate defendants' officers. | 8.20 |
| 2/4/13 | Search and review the financial information and files from the server downloaded on site. Review, reconcile and analyze the financial information and data downloads received from the corporate defendants' officers. Discuss with F. Jen and A. Jen regarding the data issues. | 2.90 |
| 2/5/13 | Summarize various financial information. Review, reconcile and analyze the financial information and data downloads received from the corporate defendants' officers. Summarize the preliminary analysis results. Discuss with F. Jen re: the same. | 7.20 |
| 2/5/13 | Email the preliminary analysis results to B. Kane for review. | 0.30 |
| 2/6/13 | Review and analyze the financial information and data downloads received from the corporate defendants' officers. Discuss with F. Jen and B. Kane regarding preliminary analysis results, variances found and additional analysis needed for the court report. Re-run and revise the analysis based on the revised data downloads and new criteria after discussions with associates. | 7.60 |
| 2/6/13 | Email the revise analysis results to B. Kane for review. | 0.30 |
| 2/7/13 | Review, analyze and stratify the financial information and data downloads received from the corporate defendants' officers. Review the responses for the questions and variances that were raised to the officers of the corporate defendants. | 8.50 |
| 2/8/13 | Email correspondence with associates re: information needed for service of the bank accounts. | 0.20 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**     **February-13**
*Name :*     *Tiffany Chung*

| Date | Description | Hours |
|------|-------------|-------|
| 2/8/13 | Review, analyze and stratify the financial information and new data downloads received from the corporate defendants' officers.  Discuss and coordinate with associates and raise the additional questions to officers for explanations. | 7.30 |
| 2/10/13 | Analyze, stratify and review the additional data downloads obtained.  Discuss with F. Jen regarding analysis related issues and results.  Coordinate with A. Jen to raise the follow-up questions and related comments to the officers for further explanations. | 5.60 |
| 2/10/13 | Summarize the financial information and data analysis.  Draft the financial section of the court report.  Email the draft report and related preliminary financial summary and data analysis to B. Kane for review. | 3.40 |
| 2/11/13 | Work on court report | 4.80 |
| 2/12/13 | Work on Court report | 8.20 |
| 2/13/13 | Work on Court report and prepare the related exhibits. | 5.10 |
| 2/14/13 | Work on Court report and prepare the related exhibits. | 4.30 |
| 2/14/13 | Email ███████████████████ G. Caris for review. | 0.30 |
| 2/15/13 | Discuss with B. Kane and G Caris re: ███████ ██████████. | 1.40 |
| 2/15/13 | Continue to work on and revise the court report and related exhibits. | 5.20 |
| 2/19/13 | Discuss with B. Kane and G Caris re: ██████ █████████. | 0.50 |
| 2/19/13 | Various calls with G Caris re: ███████████ ████████. | 0.40 |
| 2/19/13 | Revise report and exhibits.  Final read and cross reference with all the numbers and information to supports. | 3.60 |
| 2/20/13 | Finalize report and exhibits. Coordinate with associates for filing. | 0.80 |

Fee Claims for:    **Robb Evans & Associates LLC**
Case :    **Fortune Hi-Tech Marketing Inc. et al.**
For the Month of  :    **February-13**
Name :    **Carl DeCius**

| Date | Description | Hours |
|------|-------------|-------|
| 2/1/13 | Phone calls with employees regarding pay status. | 0.10 |
| 2/1/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Review payroll reports. Prepare cashier checks for payroll. Setup electronic and hard files. Update accounting information. | 6.00 |
| 2/4/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 5.60 |
| 2/5/13 | Review multiple emails from FHTM personnel regarding payroll, payables and other business related matters. Email exchanges regarding same. Prepare and submit various payroll funding requests. | 1.50 |
| 2/5/13 | Prepare and submit outgoing wires for processing. | 0.30 |
| 2/5/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 1.20 |
| 2/6/13 | *Review reports and correspondence received* from ADP Canada regarding Canadian payroll matters. Prepare and submit wire for funding of Canadian payroll. | 0.30 |
| 2/6/13 | Multiple email exchanges and phone calls with FHTM personnel regarding payroll and other employee benefit issues. | 0.90 |
| 2/6/13 | Email exchanges with vendors regarding outstanding invoices. Forward court orders to vendors. | 0.20 |

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech Marketing Inc. et al. |
| For the Month of : | *February-13* |
| Name : | Carl DeCius |

| Date | Description | Hours |
|---|---|---|
| 2/6/13 | Multiple email exchanges and discussions with FHTM personnel and associates regarding insurance policy matters. Review insurance policy documents and store electronic copies. Prepare and forward insurance policy documents for associates to view. | 0.70 |
| 2/6/13 | Update payroll and accounting information. | 0.40 |
| 2/7/13 | Multiple discussions and email exchanges with associates and FHTM personnel regarding payroll, insurance and other operational matters. Work on resolving and completing related tasks. | 1.70 |
| 2/8/13 | Prepare and submit outgoing wires for processing. | 0.20 |
| 2/8/13 | Work on updating accounting information. Update creditor claim information. | 1.60 |
| 2/8/13 | Multiple discussions and email exchanges with associates and FHTM personnel regarding payroll, insurance and other operational matters. *Work on resolving and completing related tasks.* | 2.20 |
| 2/8/13 | Review and forward FHTM corporate 401K, health, dental and life insurance documents to counsel for review as requested. | 0.30 |
| 2/11/13 | Update creditor information. | 0.20 |
| 2/11/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. *Setup electronic and hard files. Update* accounting information. Review and organize case documents and correspondence. Update creditor information. | 2.20 |
| 2/11/13 | Phone calls and email exchanges with vendors regarding company status and outstanding billing matters; discuss same with associates. | 0.20 |
| 2/12/13 | Multiple email exchanges and phone calls with *FHTM personnel, associates and vendors* regarding payroll and 401K related matters. Multiple phone calls and email exchanges with Principal Group regarding 401K deposit allocations and case status. Work to resolve related issues. | 1.60 |

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Fortune Hi-Tech Marketing Inc. et al.**
For the Month of : **February-13**
Name : **Carl DeCius**

| Date | Description | Hours |
|------|-------------|-------|
| 2/12/13 | Review and organize responses from FHTM personnel regarding post receivership hours worked. Work on preparing information for payroll reporting. | 0.40 |
| 2/12/13 | Phone call with counsel to review and discuss case status and Canadian operation and employee matters. Forward extension Order. | 0.20 |
| 2/12/13 | Phone call with counsel to review and discuss various corporate insurance policy information. Forward various policy documents as requested. Review follow up email exchanges regarding same. | 0.50 |
| 2/12/13 | Prepare and submit wire for health insurance premiums. | 0.10 |
| 2/12/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 1.70 |
| 2/12/13 | Phone call discussion and email exchanges with associate, counsel and 401K plan administrator regarding participant distribution issues. | 0.40 |
| 2/12/13 | Review final payroll reports and discuss with FHTM personnel. Prepare and submit ADP payroll wires for processing. | 0.60 |
| 2/12/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 2.20 |
| 2/13/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 4.80 |

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech Marketing Inc. et al. |
| For the Month of : | February-13 |
| Name : | Carl DeCius |

| Date | Description | Hours |
|---|---|---|
| 2/14/13 | Review and organize documents. | 0.30 |
| 2/14/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 3.50 |
| 2/20/13 | Review and organize documents. Review email correspondence and send responses. | 0.60 |
| 2/20/13 | Email exchanges regarding utility billing matters for warehouse. Multiple phone calls to defendant's attorney to discuss email regarding same and other matters. | 0.30 |
| 2/20/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 4.30 |
| 2/21/13 | Phone calls with A. Jen to discuss various case matters. Email exchanges with personnel *regarding payroll and operational matters.* | *0.30* |
| 2/21/13 | Various email exchanges and phone calls with Fat personnel and associates regarding various payroll and operational matters. | 0.30 |
| 2/22/13 | Multiple phone calls with creditors regarding case and claim status. | 0.20 |
| 2/22/13 | Various email exchanges and phone calls with Fat personnel and associates regarding various payroll and operational matters. | 0.50 |
| 2/25/13 | Multiple email exchanges and phone calls with post master and associate regarding mail forward and service agreements. | 0.20 |

Fee Claims for:     **Robb Evans & Associates LLC**
Case :     **Fortune Hi-Tech Marketing Inc. et al.**
For the Month of :     **February-13**
Name :     **Carl DeCius**

| Date | Description | Hours |
|------|-------------|-------|
| 2/25/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 5.30 |
| 2/26/13 | Kentucky utilities; payroll emails; phone calls with attorney | 1.80 |
| 2/26/13 | Discussions with associates regarding 1099 information. Phone calls and email exchanges with 1099 recipients regarding 1099 forms and reporting. | 0.20 |
| 2/26/13 | Phone calls with insurance agent and email exchanges to discuss policy cancellation and reinstatement matters. | 0.20 |
| 2/26/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 1.10 |
| 2/27/13 | Review and organize forwarded mail on correspondence. | 0.60 |
| 2/27/13 | Review email correspondence from defendant attorney and discuss with associates. | 0.10 |
| 2/27/13 | Review email correspondence regarding payroll and employee reimbursement matters. | 0.20 |
| 2/27/13 | Conference and individual phone calls with associates to discuss various case matters, mail forwarding and employee related matters. | 0.30 |
| 2/27/13 | Phone calls with unsecured creditors. | 0.10 |
| 2/28/13 | Email exchanges with Kentucky Utilities regarding billing and authorization matters; email regarding refund information for FHTM account. | 0.20 |
| 2/28/13 | Email exchanges with reps regarding 1099 information matters. | 0.10 |

**Fee Claims for:**   **Robb Evans & Associates LLC**
**Case :**   **Fortune Hi-Tech Marketing Inc. et al.**
**For the Month of :**   **February-13**
**Name :**   **Carl DeCius**

| Date | Description | Hours |
|---|---|---|
| 2/28/13 | Work with FHTM personnel and Receiver associates on operational matters. Various phone calls and email exchanges. Work on payroll related and operation related matters. Setup electronic and hard files. Update accounting information. Review and organize case documents and correspondence. Update creditor information. | 1.90 |
| 2/28/13 | Prepare and submit payroll wires for processing. | 0.20 |
| 2/28/13 | Review and process payables. Document organization. | 0.60 |

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortun Hi-Tech Marketing Inc. et al. |
| For the Month of : | **February-13** |
| Name : | Jacklin Dadbin |

| Date | Description | Hours |
|---|---|---|
| 2/1/13 | Scanned documents and saved on the J Drive. | 0.80 |

Page 1

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Fortune Hi-Tech Marketing Inc. et al. |
| For the Month of : | **February-13** |
| Name : | Ed Roop |

| Date | Description | Hours |
|------|-------------|-------|
| 2/1/13 | Site monitor. Assist in custom queries for Receiver using swales and commission data. Ongoing copies of servers, desktops, and data. | 11.40 |
| 2/2/13 | Site monitor. Assist in custom queries for Receiver using swales and commission data. Ongoing copies of servers, desktops, and data. | 9.70 |
| 2/3/13 | Site monitor. Assist in custom queries for Receiver using swales and commission data. Ongoing copies of servers, desktops, and data. | 6.90 |
| 2/4/13 | Site monitor. Assist in custom queries for Receiver using swales and commission data. Ongoing copies of servers, desktops, and data. | 9.40 |
| 2/5/13 | Site monitor. Assist in custom queries for *Receiver using swales and commission data.* Ongoing copies of servers, desktops, and data. | 9.20 |
| 2/6/13 | Site monitor. Assist in custom queries for Receiver using swales and commission data. Ongoing copies of servers, desktops, and data. | 7.40 |
| 2/7/13 | Travel from Lexington, KY to Las Vegas | 6.40 |
| 2/11/13 | Worked with FTC/IT on copying HP Simple save external drive from named defendant. | 2.30 |
| 2/12/13 | Completed copy and sent FTC drive to them via FedEx. | 5.30 |
| 2/14/13 | Started consolidating archive drives and data. Organized notes and hardcopy. | 5.70 |
| 2/19/13 | *Website tracking and review. Handled several* employee requests for data for job search. | *3.70* |
| 2/26/13 | Assisted in several vendor billing issues and employee payment | 1.90 |
| 2/27/13 | Rebuilt and reloaded SSL server on desktop to work with SQL databases. | 3.60 |
| 2/28/13 | Created .csv file with contact info including address columns for SV. | 3.80 |

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Fortun Hi-Tech Marketing Inc. et al.**
**For the Month of :**     **February-13**
**Name :**     **Nancy Wolf**

| Date | Description | Hours |
|------|-------------|-------|
| 2/14/13 | Review e-mail, forward to associates. | 0.10 |
| 2/14/13 | Review documents, discuss with associate, e-mail. | 0.20 |
| 2/14/13 | Review documents, discuss with associate, scan & e-mail. | 0.20 |
| 2/25/13 | Telephone calls/messages. | 0.10 |
| 2/26/13 | Telephone calls/messages. | 0.10 |
| 2/26/13 | Review incoming correspondence, forward to associate. | 0.20 |
| 2/27/13 | Review incoming correspondence, forward to associate. | 0.10 |

### Manuel Chen
### Fee Claim for Robb Evans & Associates LLC
### Case : Fortune Hi-Tech Marketing, Inc. et al.
0-Jan-00
1-Feb-13

| Date | Description | Hours |
|---|---|---|
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 1-Feb-13 | Telephone call for Lillian Lee, Incoming faxes for Lillian Lee, Telephone call to Susan Mendez of First Republic Bank, Verified cash count and prepared deposits ( cash & checks ) to the bank, Made copies of checks and deposit slip for Carl DeCius, Telephone call to Fedex Customer Service and requested that the driver to bring shipping supplies and scheduled a pick up for Monday, Feb. 4, 2013 from Lexington, Kentucky and deliver to Sun Valley Office for Flora Jen. Print fedex shipping label and e-mailed to Ed Roop as per instruction from Flora Jen. | 2.80 |
| | | 2.80 |

Manuel Chen



0·00
2·80
3·70
3·50
4·50
0·70
15·20

## Manuel Chen
## Fee Claim for Robb Evans & Associates LLC
## Case : Fortune Hi-Tech Marketing, Inc. et al.
### 2-Feb-13
### 8-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 2-Feb-13 | | 0.00 |
| 3-Feb-13 | | 0.00 |
| 4-Feb-13 | Telephone calls from the FTC for Brick Kane, Telephone call to Ed Roop regarding the scheduled Fedex pickup today, Outgoing fedex ( Lillian's serving of court order to various institutions ), Track Fedex package sent by Ed Roop for Flora Jen. | 1.00 |
| 5-Feb-13 | Telephone call from a representative/consumer then explained the status of the case, Incoming fedex package from Lexington-Kentucky for Flora Jen, Incoming faxes for Flora. | 0.50 |
| 6-Feb-13 | Label and store office key ( Lexington, Kentucky ) as per Flora Jen. | 0.20 |
| 7-Feb-13 | Telephone calls from various distributors and explained the status of the case, Telephone call from a former employee for Kent Johnson, Telephone call from a creditor regarding their outstanding invoices and told the caller to fax us a copy so we can respond, Outgoing fedex packages ( international & domestic ) Lillian's second request serving of court order. | 1.00 |
| 8-Feb-13 | Telephone calls from various distributors / consumers and explained the status of the case, Incoming fax from a creditor regarding their outstanding invoices, Incoming mail ( Change of Address Confirmation ) from the US Postal Service RE: Alan Clark Holdings LLC. | 1.00 |
| | | 3.70 |

Manuel Chen

**Manuel Chen**
**Fee Claim for Robb Evans & Associates LLC**
**Case :  Fortune Hi-Tech Marketing, Inc. et al.**
9-Feb-13
15-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 9-Feb-13 | | 0.00 |
| 10-Feb-13 | | 0.00 |
| 11-Feb-13 | Telephone calls from various distributors / consumers ( 5 ) and explained the status of the case, Incoming fax from a consumer regarding past due UPS Invoice, Incoming mail ( Change of Address Confirmation ) from the US Postal Service RE: Fortune Hi-Tech Marketing and FHTM, Inc. | 1.00 |
| 12-Feb-13 | Telephone calls from various distributors / consumers ( 3 ) and explained the status of the case, Matched checks and invoices, Outgoing mail ( payables ). | 0.80 |
| 13-Feb-13 | Telephone calls from various distributors / consumers ( 2 ) and explained the status of the case, Prepared deposit and mailed to First Republic Bank, Made copies of check and deposit slip for Carl DeCius, E-mailed information to our account manager at the bank. | 0.50 |
| 14-Feb-13 | Telephone calls from various distributors / consumers ( 2 ) and explained the status of the case, Matched checks and expense claim form then distribute. | 0.50 |
| 15-Feb-13 | Telephone calls from and to various distributors / consumers ( 6 ) and explained the status of the case, Responded to incoming fax from a representative, Returned call of a consumer who left message in the main voice mail. | 0.70 |
| | | 3.50 |

Manuel Chen

**Manuel Chen**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
**16-Feb-13**
**22-Feb-13**

| Date | Description | Hours |
|------|-------------|-------|
| 16-Feb-13 | | 0.00 |
| 17-Feb-13 | | 0.00 |
| 18-Feb-13 | | 0.00 |
| 19-Feb-13 | Telephone calls from and to various distributors / consumers ( 11 ) and explained the status of the case, Retrieve messages in the main voice mail and responded. | 1.50 |
| 20-Feb-13 | Telephone calls from and to various distributors / consumers ( 5 ) and explained the status of the case, Retrieve messages in the main voice mail and responded, Telephone calls from attorneys for Brick Kane and Val Miller, Incoming fax from a Financial Institution for Lillian Lee, Matched check and invoice, Outgoing mail ( payables ). | 1.20 |
| 21-Feb-13 | Telephone calls from and to various distributors / consumers ( 4 ) and explained the status of the case, Retrieve messages in the main voice mail and responded, Telephone calls from former employees ( 2 ) for Anita Jen, Telephone call from a creditor ( 1 ) regarding his unpaid invoices. | 1.00 |
| 22-Feb-13 | Telephone calls from and to various distributors / consumers ( 5 ) and explained the status of the case, Retrieve messages in the main voice mail and responded, Incoming fax from a creditor regarding a past due invoice., Made copies for file. | 0.80 |
| | | 4.50 |



Manuel Chen

## Manuel Chen
## Fee Claim for Robb Evans & Associates LLC
## Case :  Fortune Hi-Tech Marketing, Inc. et al.
### 23-Feb-13
### 0-Jan-00

| Date | Description | Hours |
|------|-------------|-------|
| 23-Feb-13 | | 0.00 |
| 24-Feb-13 | | 0.00 |
| 25-Feb-13 | | 0.00 |
| 26-Feb-13 | | 0.00 |
| 27-Feb-13 | | 0.00 |
| 28-Feb-13 | Telephone calls from and to various distributors / consumers ( 4 ) and explained the status of the case, Retrieve messages in the main voice mail and responded ( 3 ). | 0.70 |
| 0-Jan-00 | | 0.00 |
| | | 0.70 |

Manuel Chen



**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune HI-Tech Marketing, Inc. et al.**
0-Jan-00
1-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 1-Feb-13 | Multiple calls from clients and representatives regarding status update and possible refund; handle incoming fax for L. Lee from banks; call financial institutions to get fax no. or email address for Legal Dept. for serving TRO; | 1.30 |
| | | 1.30 |

Araceli Eustaquio

```
0  00   =
1  30   ÷
3  50   ÷
2  30   ÷
0  90   =
2  40   ÷
10 40   ÷
```



**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case :  Fortune HI-Tech Marketing, Inc. et al.**
9-Feb-13
15-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 9-Feb-13 | | 0.00 |
| 10-Feb-13 | | 0.00 |
| 11-Feb-13 | Inquiries from representatives regarding debit on account for monthly fees and possible refund (3); serve financial institutions with TRO and Extended TRO; call bank to get correct fax no. for Legal Dept. | 1.00 |
| 12-Feb-13 | Calls from consumers regarding case status update (4); | 0.50 |
| 13-Feb-13 | Handle incoming fax from bank for L. Lee; multiple calls from *representatives and consumers (6) regarding case status*; serve financial institutions with TRO and Extended TRO; | 1.00 |
| 14-Feb-13 | Calls from representatives and consumers regarding their account debited for monthly fees (1) and status of case (1) ; call financial institution to get correct fax no. for Legal Dept.; | 0.30 |
| 15-Feb-13 | Calls from reps and consumers regarding inability to access their accounts; inquiries regarding possible refund (5); prepare electronic tabs for report; | 0.70 |
| | | 3.50 |

*Araceli Eustaquio*

Araceli Eustaquio

**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
2-Feb-13
8-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 2-Feb-13 | | 0.00 |
| 3-Feb-13 | | 0.00 |
| 4-Feb-13 | | 0.00 |
| 5-Feb-13 | Copy and mail letter to Chicago counsel, D. Thorne of Barnes & Thornburg; | 0.10 |
| 6-Feb-13 | Calls from representatives and consumers regarding possibel refund; | 0.20 |
| 7-Feb-13 | Calls from representatives and consumers regarding status of hearing; serve Extended TRO to banks and financial institutions. Handle incoming faxes; | 1.00 |
| 8-Feb-13 | Calls from representatives and consumers regarding status of hearing; serve Extended TRO to banks and financial institutions. Scan and email wire requests to First Republic Bank; work on Notice regarding continued hearing (3/13/13) for website information | 1.00 |
| | | 2.30 |

Araceli Eustaquio

### Araceli Eustaquio
### Fee Claim for Robb Evans & Associates LLC
### Case : Fortune Hi-Tech Marketing, Inc. et al.
**16-Feb-13**
**22-Feb-13**

| Date | Description | Hours |
|---|---|---|
| 16-Feb-13 | | 0.00 |
| 17-Feb-13 | | 0.00 |
| 18-Feb-13 | | 0.00 |
| 19-Feb-13 | Calls from consumers regarding possible refund (3) and case status update; | 0.30 |
| 20-Feb-13 | Calls from consumers regarding possible refund (3) and case status update; incoming fax from creditor. | 0.20 |
| 21-Feb-13 | Calls from consumers regarding possible refund (2) and case status update; | 0.10 |
| 22-Feb-13 | Calls from representatives regarding inability to access account and account debited (2); calls from consumers regarding possible refund (2); | 0.30 |
| | | 0.90 |

Araceli Eustaquio

**Araceli Eustaquio**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
23-Feb-13
*0-Jan-00*

| Date | Description | Hours |
|------|-------------|-------|
| 23-Feb-13 | | 0.00 |
| 24-Feb-13 | | 0.00 |
| *25-Feb-13* | *Calls from representative s and consumers (5) regarding 1099s, status of receivership case and inability to access account;* | *0.60* |
| 26-Feb-13 | Calls from representative s and consumers (6) regarding refunds; | 0.70 |
| 27-Feb-13 | Handle incoming fax from creditor; forward fax to C. DeCius; calls from reps and consumers (4); | 0.50 |
| 28-Feb-13 | Email information regarding 1099 inquiry to C.DeCius; calls from consumers (4) regarding refund and status of case; prepare fedex package to G. Caris per B. Kane; | 0.60 |
| 0-Jan-00 | | 0.00 |
| | | 2.40 |

_Araceli Eustaquio_ (signature)

Araceli Eustaquio

**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
*0-Jan-00*
1-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 0-Jan-00 | | 0.00 |
| 1-Feb-13 | Created spredsheet  of check lists; handled 4 calls from representatives; call from former employee, emailed message to C. DeCius. | 1.20 |
| | | 1.20 |

Imelda Perez

0·00   ×
1·20   ÷
2·90   ÷
4·05   ÷
2·90   ÷
3·60   ÷
14·60   ×

**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
2-Feb-13
8-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 2-Feb-13 | | 0.00 |
| 3-Feb-13 | | 0.00 |
| 4-Feb-13 | Scanned cashier's checks issued by FRB and emailed to C. DeCius; call from former employee inquiring about direct deposit that did not post in his account; 3 calls from representatives regarding status of company; call from reporter from NY Times. | 1.30 |
| 5-Feb-13 | Scanned wire transfer request and emailed to FRB; call from bank for L. Lee; 3 calls from former reps. | 0.40 |
| 6-Feb-13 | Scanned wire transfer request and emailed to FRB; 2 calls re 1099; call from bank for L. Lee. | 0.40 |
| 7-Feb-13 | Call from rep regarding hearing; 2 calls re products that were not received. | 0.30 |
| 8-Feb-13 | Handled 2 calls from reps; 2 calls from consumers for products that were stopped from receiving; 1 call inquiring on how to cancel monthly direct debit and stop auto shipment of product. | 0.50 |
| | | 2.90 |

Imelda Perez



**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
9-Feb-13
15-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 9-Feb-13 | | 0.00 |
| 10-Feb-13 | | 0.00 |
| 11-Feb-13 | Handled 2 calls from reps; call from vendor re losing his website, call referred to K. Chapin. | 0.30 |
| 12-Feb-13 | Scanned 5 wire transfer requests and emailed to FRB; handled 5 calls from reps and consumers; call from FRB re wire transfer requests. | 1.00 |
| 13-Feb-13 | Scanned Payroll Earnings Statements for Alan Clark Holdings and FHTM and emailed to C. DeClus; mailed 53 payroll checks; handled 3 phone calls from reps; made copy of check received. | 1.20 |
| 14-Feb-13 | Scanned 5 wire transfer requests and emailed to FRB; handled 3 calls from reps. | 0.50 |
| 15-Feb-13 | Scanned Payroll Earnings Statements for Alan Clark Holdings and FHTM and emailed to C. DeClus; mailed 15 payroll checks; handled 4 phone calls from reps; return call to representative re 1099. | 1.00 |
| | | 4.00 |

Imelda Perez

**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case : Fortune Hi-Tech Marketing, Inc. et al.**
16-Feb-13
22-Feb-13

| Date | Description | Hours |
|------|-------------|-------|
| 16-Feb-13 | | 0.00 |
| 17-Feb-13 | | 0.00 |
| 18-Feb-13 | | 0.00 |
| 19-Feb-13 | Handled 4 calls from reps and consumers. | 0.50 |
| 20-Feb-13 | Handled 3 calls from reps and consumers; call from Verifacts verifying employment of former employee. | 0.30 |
| 21-Feb-13 | Handled 5 calls from reps and consumers; sorted and filed paid invoices and check stubs; created file folder for cancellation requests and misc. correspondence from reps. | 0.80 |
| 22-Feb-13 | Handled 9 calls from reps, consumers and vendors; faxed copy of invoice to C. DeCius; scanned IRS Notices and emailed to C. DeCius; outgoing mail. | 1.30 |
| | | 2.90 |

Imelda Perez

**Imelda Perez**
**Fee Claim for Robb Evans & Associates LLC**
**Case :  Fortune Hi-Tech Marketing, Inc. et al.**
23-Feb-13
0-Jan-00

| Date | Description | Hours |
|---|---|---|
| 23-Feb-13 | | 0.00 |
| 24-Feb-13 | | 0.00 |
| 25-Feb-13 | *Handled 7 calls from reps and consumers; scanned Kentucky Utilities Co refund check and emailed to C. DeCius; made copy of check and prepared deposit to FRB; called UPS for pick-up; created various correspondence files; sorted correspondence and filed.* | 2.20 |
| 26-Feb-13 | Scanned various Notices and Letters; emailed scanned Notices to C. DeCius; call from consumer re invoice. | 0.40 |
| 27-Feb-13 | | 0.00 |
| 28-Feb-13 | Scanned 2 wire transfer requests and emailed to FRB; scanned ADP payroll earnings statements and emailed to C. DeCius; scanned various invoices and emailed to C. DeCius; mailed payroll; made copy of returned mail and re-mailed per PO forwarding notice; call from former rep regarding 1099; filed miscellaneous. | 1.00 |
| 0-Jan-00 | | 0.00 |
| | | 3.60 |

Imelda Perez

**Exhibit 3**

## Hays Financial Consulting, LLC

3343 Peachtree Road NE
East Tower, Suite 200
Atlanta, GA  30326

**Fortune High Tech Marketing Inc.**

**For the Period from     1/1/2013    to  1/31/2013**

February 19, 2013

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Brad van Etten | 21.20 | 3,096.00 |
|  | 146.04/hr |  |
| James R. Begnaud, CPA | 22.00 | 4,860.00 |
|  | 220.91/hr |  |
| John Feininger | 21.30 | 2,907.00 |
|  | 136.48/hr |  |
| S. Gregory Hays, CTP, CIRA | 23.00 | 5,728.50 |
|  | 249.07/hr |  |
| Wes Scott | 21.00 | 3,825.00 |
|  | 182.14/hr |  |
| **For professional services rendered** | **108.50** | **$20,416.50** |

Additional Charges :

| Expense Reports |  | 4,387.37 |
|---|---|---|
| **Total costs** |  | **$4,387.37** |
| **Total amount of this bill** |  | **$24,803.87** |

# Hays Financial Consulting, LLC

3343 Peachtree Road NE
East Tower, Suite 200
Atlanta, GA  30326

**Fortune High Tech Marketing Inc.**

**For the Period from    1/1/2013   to  1/31/2013**

February 19, 2013

Professional Services

| | Hours | Amount |
|---|---|---|
| Case Administration | 66.20 | 15,583.50 |
| Travel | 42.30 | 4,833.00 |
| **For professional services rendered** | **108.50** | **$20,416.50** |

Additional Charges :

| | | |
|---|---|---|
| Expense Reports | | 4,387.37 |
| **Total costs** | | **$4,387.37** |
| **Total amount of this bill** | | **$24,803.87** |

## Hays Financial Consulting, LLC
3343 Peachtree Road NE
East Tower, Suite 200
Atlanta, GA  30326

**Fortune High Tech Marketing Inc.**

**For the Period from   1/1/2013   to  1/31/2013**

February 19, 2013

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case Administration** | | |
| 1/27/2013 | JRB | Attended planning meeting with FTC, Kentucky AG, Robb Evans and various others to plan the Monday morning freeze and control of FHTM assets. | 1.00 270.00/hr | 270.00 |
| | SGH | Met with Receiver Team, Attorney General representatives, FTC and police officers to plan for the closing of the offices. | 1.00 301.50/hr | 301.50 |
| | SGH | Reviewed pleadings to prepare for the take over of the office in the morning. | 1.00 301.50/hr | 301.50 |
| 1/28/2013 | JRB | Assisted Robb Evans Associates in taking control of assets of FHTM.  Interviewed employees.  Searched cabinets and offices to tag all receptacles for files and data. Met with Robb Evans associates early in the morning and proceeded to the DEA's offices to stage the event.  Proceeded to location in proximity to the FHTM offices.  Entered FHTM offices and immediately began holding meetings with employees and instructing them on the immediate procedures. | 3.50 270.00/hr | 945.00 |
| | WS | Assisted receiver with gathering information for customer service representatives, answering their questions, and interviewing staff.  Additionally examined desk drawers and file cabinets and provided high-level inventory of documents enclosed. | 9.00 225.00/hr | 2,025.00 |
| | JF | Breakfast meeting with Robb Evans and Associates, Receiver, to review FHTM team assignments and course of action. | 1.00 180.00/hr | 180.00 |
| | JF | Secured FHTM warehouse with representative from the FTC and members of the Robb Evans receiver team. Interviewed employees and took interior photographs of FHTM distribution center. Had doors re-keyed. Reviewed business records. | 6.00 180.00/hr | 1,080.00 |
| | BvE | Assisted with the seizure and shutdown of Fortune High Tech Marketing. Worked on processing and exit of employees from offices. Conducted extended exit interview with FHTM Director of Compliance at request of Receiver's office. Reviewed documents in compliance area as requested, and tagged files and cartons of documents for future reference. | 9.00 180.00/hr | 1,620.00 |
| | SGH | Spent the entire day dedicated to new matter and closing the offices of FHTM. Met with the Receiver Team to plan the day and then worked on site at FHTM for the day. Met with all marketing and other employees on the | 9.00 301.50/hr | 2,713.50 |

**Fortune High Tech Marketing Inc.**

|  |  | Page | 2 |
|---|---|---|---|
|  |  | **Hrs/Rate** | **Amount** |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | 4th floor and advised of the receivership. Interviewed employees. Reviewed documents. Met with landlord. Reviewed all records in Orberson's and Mills' offices. Discusses issues with the Receiver Team. | | |
| 1/28/2013 | JRB | Reviewed files and storage areas on floors 2 and 4 to identify the contents of the files and locations for possible follow up investigations. Tagged each file drawer with a description of its contents. | 5.50 270.00/hr | 1,485.00 |
| 1/29/2013 | JRB | Continued to search files for critical data and information and to identify each cabinet and drawer with its general contents.  Searched of information regarding insurance files to include any Officers and Directors insurance. | 4.00 270.00/hr | 1,080.00 |
| | WS | Additionally examined desk drawers and file cabinets and provided high-level inventory of documents enclosed.  Reviewed CFO's files for insurance policies (D&O, etc).  Found policies, reviewed and found relevant sections, and provided documents to receiver for further analysis. | 4.00 225.00/hr | 900.00 |
| | JF | Meeting with Receiver's staff at FHTM offices in Lexington, KY. Reviewed past complaints filed by FTHM agents.  Worked with Receiver's staff to review records. | 4.00 180.00/hr | 720.00 |
| | BvE | Continued providing assistance with the shutdown of Fortune High Tech Marketing. Reviewed documents in compliance area as requested, and tagged files and cartons of documents for future reference. | 4.00 180.00/hr | 720.00 |
| | SGH | Researched records and documents at the offices of the Defendants. Reviewed materials in Paul Orberson's office and Tom Mills offices. Reviewed documents regarding D&O coverage in CFO's office and discussed the policy with Receiver Team. Coordinated review efforts with the HFC receiver team. Reviewed financial records. Drafted email regarding discovery issues. Discussed matters and documents with David O'Tool of the FTC. | 4.00 301.50/hr | 1,206.00 |
| 1/30/2013 | BvE | Reviewed and sent summary of my interview with Director of Compliance at FHTM to Val Miller at Robb Evans. | 0.20 180.00/hr | 36.00 |
| | | Subtotal | 66.20 | 15,583.50 |

**Travel**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2013 | JF | Travel from Atlanta GA to Lexington KY. | 4.00 90.00/hr | 360.00 |
| | JRB | Travel to Lexington, Kentucky. | 4.00 135.00/hr | 540.00 |
| | WS | Travel from Atlanta to Lexington. | 4.00 112.50/hr | 450.00 |
| | BvE | Travel to Lexington, KY for Fortune High Tech Marketing. | 4.00 90.00/hr | 360.00 |
| | SGH | Travel to Lexington, KY. | 4.00 150.75/hr | 603.00 |
| 1/28/2013 | JF | Travel from Lexington, KY to FHTM warehouse in Danville KY. | 1.30 90.00/hr | 117.00 |
| | JF | Travel from Danville KY FHTM warehouse to Lexington, KY | 1.00 90.00/hr | 90.00 |

**Fortune High Tech Marketing Inc.**                              Page      3

|            |     |                                                      | Hrs/Rate   | Amount     |
|------------|-----|------------------------------------------------------|------------|------------|
| 1/29/2013  | JRB | Traveled from Lexington to Atlanta.                  | 4.00       | 540.00     |
|            |     |                                                      | 135.00/hr  |            |
|            | WS  | Traveled from Lexington to Atlanta.                  | 4.00       | 450.00     |
|            |     |                                                      | 112.50/hr  |            |
|            | JF  | Travel from Lexington to Atlanta.                    | 4.00       | 360.00     |
|            |     |                                                      | 90.00/hr   |            |
|            | BvE | Return to Atlanta, GA                               | 4.00       | 360.00     |
|            |     |                                                      | 90.00/hr   |            |
|            | SGH | Traveled to Atlanta, Georgia from Lexington, Kentucky. | 4.00    | 603.00     |
|            |     |                                                      | 150.75/hr  |            |
|            |     | Subtotal                                            | 42.30      | 4,833.00   |
|            |     | **For professional services rendered**               | **108.50** | **$20,416.50** |

**Fortune High Tech Marketing Inc.**                              Page      4

     Additional Charges :

                                                                   __Amount__

         __Expenses__

1/31/2013 Expense Report - John Feininger week ended 1/29/13         513.22
          Hotel: $383.36
          Meals: $79.86
          Airfare: $50.00
          Expense Report - Jim Begnaud week ended 1/29/13           539.50
          Airfare: $322.80
          Rental Car: $139.19
          Meals: $9.31
          Parking: $36.00
          Mileage: $32.20
          Expense Report - Wes Scott week ended 1/30/13             593.12
          Airfare: $50.00
          Car rental: $79.92
          Hotel: $383.36
          Meals: $33.95
          Parking: $24.98
          Mileage: $20.91
          Expense Report - Brad Van Etten week ended 1/29/13        789.21
          Airfare: $357.80
          Hotel: $383.36
          Meals: $24.05
          Parking: $24.00
          Expense Report - Wes Scott week ended 1/18/13             267.80
          Airfare: $267.80
          Expense Report - Greg Hays week ended 1/31/13           1,312.72
          Airfare: $308.30
          Hotel: $766.72 (includes Jim Begnaud)
          Meals: $178.36
          Parking: $39.00
          Mileage: $20.34
          Expense Report - John Feininger week ended 1/31/13        371.80
          Airfare: $371.80
                                                                   _____
            Subtotal                                               4,387.37
                                                                   _____
      **Total costs**                                             **$4,387.37**
                                                                   _____
      **Total amount of this bill**                              **$24,803.87**