UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| FORTUNE HI-TECH MARKETING, INC., et al., | ) ) ) |
| Defendants. | ) |

No. 5:13-CV-123-KSF-REW

ORDER & RECOMMENDED DISPOSITION

\*\*\* \*\*\* \*\*\* \*\*\*

This case concerns allegations by the FTC and three states (North Carolina, Illinois, and Kentucky) regarding the business practices of Defendants FHTM, Inc., et al. The matter arrives in this District upon transfer from the Northern District of Illinois. Per District Judge Forester's referral, the Court conducted a telephonic motion hearing prompted by Defendants' motion for status conference. DE ##97 (Motion); 101 (Referral Order).

All parties appeared by counsel. The pending matters and the prospective briefing schedule are as follows:

a. Plaintiffs' motion for preliminary injunction. *See* DE ##11 & 99. The Court **REINSTATES** Defendants' prior brief (DE #57), and **Plaintiffs may reply by 5/17/2013**.

b. Defendants' motion to dismiss. *See* DE #42. The Court **REINSTATES** Defendants' prior motion (DE #42). **Plaintiffs shall respond by 5/17/2013**. Defendants may reply only with leave, given the hearing schedule.

1

    c. Defendants motions for live testimony and expedited discovery. *See* DE ##48, 51. The Court **REINSTATES** Defendants' prior motions (DE ##48, 51). Plaintiffs **shall respond by 5/17/2013**. Defendants may reply only with leave, given the hearing schedule and need for a prompt ruling.

    d. The Receiver's motion for payment approval. *See* DE #81. The Court REINSTATES the Receiver's prior Motion (DE #81). This is fully briefed. *See* DE ## 81, 83, 85, and 88.

The Court does not treat the insurance cost disbursement motion (DE #68 & 69) as pending, given the distinct ruling of the Illinois court. Defendants have leave to re-file said motion, if appropriate.

The Court **SCHEDULES** a hearing on the motion for preliminary injunction, and such other pending motions as are not ruled on between now and then, for **May 28, 2013 at 10:30 a.m. in Lexington** before District Judge Karl S. Forester. The Court will endeavor to rule timely upon the interim motions and give the parties guidance in advance of the hearing on pertinent requests.

The Court has assessed the TRO chronology to date in light of the impending hearing. The undersigned recommends that Judge Forester **extend** the TRO **from its current expiration date (May 14) to the preliminary hearing date (May 28)**. The Court finds good cause to do so, under Rule 65(b)(2), including: (1) the parties' prior stipulation (DE #28) arguably extended the TRO from its initial expiration until the date of ruling on the temporary injunction, and at least until March 15, 2013; (2) much of the delay in the case to this point results from the transfer motion, which displaced other motions and necessarily introduced a gap (from mid-February until May) in reaching the

preliminary injunction; (3) Judge Darrah's striking of the brief at DE #57 essentially left the show cause order unanswered and the motion for injunction unopposed on the record, between February 26 and reinstatement of the brief today; (4) the hearing now is set for only eighteen days away, a period that will allow completion of briefing and consideration of Defendants' multiple pending requests. These factors coalesce to establish good cause for extension of the TRO until May 28, 2013, subject to further orders of Judge Forester. The Court thus **RECOMMENDS** TRO extension until that May 28, 2013 hearing date.

\* \* \* \* \*

All rulings in this order, except the TRO extension recommendation, are non-dispositive and subject to objection under 28 U.S.C. § 636(b)(1)(A) and Rule 72(a). The TRO extension involves injunctive relief, and the Court thus makes only a recommendation regarding extension, per § 636(b)(1)(B). The parties may object per the mechanics of the proper rule or statute, but should do so in light of the accelerated schedule in this case and, in particular, the May 14 TRO expiration date.

This the 10th day of May, 2013.

Signed By:
Robert E. Wier
United States Magistrate Judge

3