# Rare Systems, LLC

716 Haverhill Rd
Lexington, KY 40503
Phone (859) 229-2554

**TO:**
FHTM, Inc
880 Corporate Drive, Suite 300
Lexington, KY 40503

# INVOICE

DATE: FEBRUARY 1, 2013

| DESCRIPTION | | AMOUNT |
|---|---|---|
| • Week of 1/2/2013 – 1/3/2013, 10.0 hours x $200 | | $2,000 |
| • Week of 1/8/2012 – 1/9/2012, 8.0 hours x $200 | | $1,600 |
| Note: See attached detail. | | |
| | TOTAL | $3,600 |

Make all checks payable to Rare Systems, LLC

**Thank you**

**Rare Systems, LLC**

716 Haverhill Rd
Lexington, KY 40503
Phone (859) 229-2554

**TO:**
FHTM, Inc
880 Corporate Drive, Suite 300
Lexington, KY 40503

# INVOICE

DATE: MAY 27, 2014

| DESCRIPTION | AMOUNT |
|---|---|
| • Week of 1/14/2013 – 1/17/2013, 17.0 hours x $200 | $3,400 |
| • Week of 1/22/2012 – 1/24/2012, 11.0 hours x $200 | $2,200 |
| Note: See attached detail. | |
| TOTAL | $5,600 |

Make all checks payable to Rare Systems, LLC

**Thank you**