**EXHIBIT "1"**
**SUMMARY OF OUTSTANDING INVOICES**

| MID | Matter Name | Bill Num | Bill Date | Total Billed | Payments | Total A/R |
|---|---|---|---|---|---|---|
| 8 | Joe Isaacs | 1093939 | 12/18/2012 | $82,288.26 | ($15,425.65) | $66,862.61 |
| 8 | Joe Isaacs | 1096465 | 1/15/2013 | $94,302.70 | ($5,558.70) | $88,744.00 |
| 8 | Joe Isaacs | 1100366 | 2/18/2013 | $74,837.01 | ($1,138.01) | $73,699.00 |
| 9 | Darla Digrandi, et al | 1096503 | 1/15/2013 | $4,405.50 | $0.00 | $4,405.50 |
| 9 | Darla Digrandi, et al | 1100370 | 2/18/2013 | $5,012.50 | $0.00 | $5,012.50 |
| | Total | | | $260,845.97 | ($22,122.36) | $238,723.61 |

Gardere01 - 6501670v.1

Exhibit 1