UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 5:13-cv-123-GFVT |
| v. | ) ) ) | |
| FORTUNE HI-TECH MARKETING, INC., a Kentucky corporation, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' NOTICE OF NO OBJECTION

Plaintiffs submit this Notice of No Objection to the Receiver's Motion for Approval and Authorization for Payment of Receiver's and Professionals' Fees and Expenses for the Period from September 1, 2014 through January 31, 2015 (Doc. 255). Plaintiffs reviewed the motion and believe the requested amounts are reasonable, necessary for proper administration of the estate, and are consistent with Receiver's agreement with Plaintiffs to bill for certain activities at a reduced rate, as described in Plaintiffs' Response to Temporary Receiver's First Motion for Approval of Fees and Expenses (Doc. 88 at 6).

                                      Respectfully submitted,

                                      JONATHAN E. NUECHTERLEIN
                                      General Counsel

Dated: April 22, 2015                 s/ David A. O'Toole
                                      DAVID A. O'TOOLE
                                      ELIZABETH C. SCOTT
                                      ROZINA C. BHIMANI
                                      JOHN C. HALLERUD
                                      Federal Trade Commission
                                      55 West Monroe Street, Suite 1825

1

        Chicago, Illinois 60603
        (312) 960-5634 [telephone]
        (312) 960-5600 [facsimile]

        Attorneys for Plaintiff
        Federal Trade Commission

## **CERTIFICATE OF SERVICE**

  I, David A. O'Toole, hereby certify that on April 22, 2015, I electronically filed **PLAINTIFFS' NOTICE OF NO OBJECTION,** with the Court using the CM/ECF system, which will automatically send copies to:

Stephen G. Amato, McBrayer, McGinnis, Leslie & Kirkland, PLLC
Jaron P. Blandford, McBrayer, McGinnis, Leslie & Kirkland, PLLC
D. Luke Morgan, McBrayer, McGinnis, Leslie & Kirkland, PLLC
Brian M. Johnson, Dickinson Wright PLLC
  Attorneys for Defendants

Jason Trent Ams, Bingham Greenebaum Doll, LLP
  Attorney for Gardere, Wynne, Sewell LLP

Mary Louise Fullington, Wyatt Tarrant & Combs LLP
Gary Owen Caris, McKenna Long & Aldridge LLP
Lesley Anne Hawes, McKenna Long & Aldridge LLP
  Attorneys for Receiver

Todd Leatherman, Office of the Kentucky Attorney General
Dinah L. Koehler, Office of the Kentucky Attorney General
Adam J. Sokol, Office of the Illinois Attorney General
Creecy C. Johnson, North Carolina Department of Justice
  Attorneys for Plaintiffs

R. Kenyon Meyer, Dinsmore & Shohl LLP
Stephen J. Mattingly, Dinsmore & Shohl LLP
Alexander M. Schack, Law Offices of Alexander M. Schack
Natasha A. Naraghi, Law Offices of Alexander M. Schack

    Respectfully Submitted,

    s/ David A. O'Toole
    DAVID A. O'TOOLE
    Federal Trade Commission
    55 W. Monroe Street, Ste. 1825
    Chicago, Illinois 60603
    Voice: (312) 960-5601; Fax: (312) 960-5600
    email: dotoole@ftc.gov