Case No. 15-5325

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FEDERAL TRADE COMMISSION;
STATE OF ILLINOIS;
COMMONWEALTH OF KENTUCKY;
STATE OF NORTH CAROLINA

        Plaintiffs - Appellees

ROBB EVANS & ASSOCIATES, LLC

        Receiver - Appellee

v.

FHTM, INC., a Kentucky Corporation, et al.

        Defendants

 and

YVONNE DAY;
LEONARD HASLAG;
JAMES MCCORMICK;
JOHN W. TURNER

        Appellants


Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: November 20, 2015

_____